Perlette Jura, SBN 242332
  pjura@gibsondunn.com
Michael Holecek, SBN 281034
  mholecek@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7000

Jason Meltzer (*pro hac vice* forthcoming)
  jmeltzer@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036
(202) 955-8500

*Attorneys for Defendant Kellanova*

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through San Francisco City Attorney DAVID CHIU,<br><br>Plaintiff,<br><br>v.<br><br>THE KRAFT HEINZ COMPANY; MONDELEZ INTERNATIONAL, INC.; POST HOLDINGS, INC.; THE COCA-COLA COMPANY; PEPSICO, INC; GENERAL MILLS, INC.; NESTLE USA, INC.; KELLANOVA; WK KELLOGG CO.; MARS, INCORPORATED; CONAGRA BRANDS, INC.; and DOES 1–50,<br><br>Defendants. | Case No. 3:26-cv-00183-AGT<br><br>**JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT**<br><br>Removed from the Superior Court of California, County of San Francisco, Case No. CGC-25-631189<br><br>Action filed: December 2, 2025 |

Pursuant to Civil Local Rule 6-1(a), Plaintiff The People of the State of California, acting by and through San Francisco City Attorney David Chiu ("Plaintiff"), along with Defendants The Kraft Heinz Company; Mondelēz International, Inc.; Post Holdings, Inc.; The Coca-Cola Company; PepsiCo, Inc.; General Mills, Inc.; Nestlé USA, Inc.; Kellanova; WK Kellogg Co.; Mars, Incorporated; and Conagra Brands, Inc. (collectively, "Defendants") jointly stipulate to extend Defendants' time to respond to Plaintiff's complaint to 30 days from the date of the Court's decision on Plaintiff's anticipated motion to remand this action to the Superior Court of California, County of San Francisco.

The parties reserve all rights. Nothing herein should be construed as a waiver of any of the parties' arguments, rights, defenses, or remedies, including jurisdictional defenses.

In accordance with Civil Local Rule 5-1(i)(3), the undersigned and filing attorney, Perlette Jura, hereby attests that concurrence in the filing of this document has been obtained from each of the other signatories who are listed below.

Dated:  January 8, 2026                           Respectfully submitted,

By: /s/ Perlette M. Jura
Perlette M. Jura, SBN 242332
PJura@gibsondunn.com
Michael Holecek, SBN 281034
mholecek@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7000

Jason Meltzer*
jmeltzer@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036
(202) 955-8500

*Attorneys for Defendant Kellanova*

By: /s/ Adriane Peralta
Adriane Peralta
SIDLEY AUSTIN LLP
350 S. Grand Avenue
Los Angeles, CA 90071
Tel: (213) 896-6132
Fax: (213) 896-6600

Email: adriane.peralta@sidley.com

Michelle A. Ramirez*
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
Tel: (312) 853-7000
Fax: (312) 853-7036
Email: michelle.ramirez@sidley.com

*Counsel for Defendant The Kraft Heinz Company*

By: */s/ Laura Vartain Horn*
Laura Vartain Horn (SBN 258485)
KIRKLAND & ELLIS LLP
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Jessica Davidson*
jessica.davidson@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4757
Facsimile: (212) 446-4900

Jordan Michael Schwartz*
jordan.schwartz@kirkland.com
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave NW
Washington, DC

*Counsel for Defendant Mondelēz International, Inc.*

By: */s/ Tarifa B. Laddon*
Tarifa B. Laddon (SBN 240419)
Gabriel J. Niforatos (SBN 359417)
FAEGRE DRINKER BIDDLE & REATH LLP
1800 Century Park East, Suite 1500
Los Angeles, California 90067
Tel:    (310) 203-4000
Fax:    (310) 229-1285
Email: tarifa.laddon@faegredrinker.com
Email: gabriel.niforatos@faegredrinker.com

Sarah L. Brew*
Tyler A. Young*
Rory F. Collins*

FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Tel: (612) 766-7000
Fax: (612) 766-1600
Email: sarah.brew@faegredrinker.com
Email: tyler.young@faegredrinker.com
Email: rory.collins@faegredrinker.com

*Counsel for Defendant Post Holdings, Inc.*

By: */s/ Angela M. Spivey*
Angela M. Spivey*
Andrew G. Phillips*
Jamie S. George*
ALSTON & BIRD LLP
1201 West Peachtree St.
Atlanta, GA 30309
(404) 881-7000
angela.spivey@alston.com
andrew.phillips@alston.com
jamie.george@alston.com

Rachel E. K. Lowe (SBN 246361)
ALSTON & BIRD LLP
350 South Grand Avenue
51st Floor
Los Angeles, CA 90071
(213) 576-1000
rachel.lowe@alston.com

*Counsel for Defendant The Coca-Cola Company*

By: */s/ Andrew S. Tulumello*
Andrew S. Tulumello (Bar No. 196484)
drew.tulumello@weil.com
Arianna M. Scavetti*
arianna.scavetti@weil.com
Claire L. Chapla (Bar No. 314255)
claire.chapla@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Tel: (202) 682-7000

Brian G. Liegel*
brian.liegel@weil.com
WEIL, GOTSHAL & MANGES LLP

3
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
Case No. 3:26-cv-00183-AGT

```
 1    1395 Brickell Avenue, Suite 1200
      Miami, FL 33131
 2    Tel: (305) 577-3180

 3    Attorneys for Defendant PepsiCo, Inc.

 4    By: /s/ David T. Biderman
      David T. Biderman, Bar No. 101577
 5    PERKINS COIE LLP
      505 Howard St. Suite 1000
 6    San Francisco, CA 94105
      Telephone: +1.415.344.7000
 7    Facsimile: +1.415.344.7050

 8
      Joshua Patashnik, Bar No. 295120
 9    PERKINS COIE LLP
      11452 El Camino Real, Suite 300
10    San Diego, CA 92130.2594
      Telephone: +1.858.720.5700
11    Facsimile:+1.858.720.5799

12
      Natalie K. Sanders, Bar No. 329916
13    PERKINS COIE LLP
      1888 Century Park East, Suite 1700
14    Los Angeles, California 90067-1721
      Telephone: +1.310.788.9900
15    Facsimile: +1.310.788.3399

16
      Counsel for Defendant General Mills, Inc.
17
      By: /s/ Trenton H. Norris
18    Trenton H. Norris (CA 164781)
      HOGAN LOVELLS US LLP
19    4 Embarcadero Center, Suite 3500
      San Francisco, CA 94111
20    T: (415) 640-5765
      trent.norris@hoganlovells.com
21

22    Lauren S. Colton*
      Julie R. Schindel*
23    HOGAN LOVELLS US LLP
      100 International Drive, Suite 2000
24    Baltimore, MD 21202
      T: (410) 659-2700
25    lauren.colton@hoganlovells.com
      julie.schindel@hoganlovells.com
26

27    Counsel for Defendant Nestlé USA, Inc.

28
```

4
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
Case No. 3:26-cv-00183-AGT

By: /s/ Alexander M. Smith
Alexander M. Smith (SBN 295187)
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, CA 90071
T: (213) 239-2262
asmith@jenner.com

Kate T. Spelman (SBN 269109)
JENNER & BLOCK LLP
2029 Century Park East, Suite 1450
Los Angeles, CA 90067
T: (213) 239-2246
kspelman@jenner.com

Dean N. Panos*
Andrianna D. Kastanek*
John F. Ward*
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654
T: (312) 923-2765
dpanos@jenner.com
jward@jenner.com
akastanek@jenner.com

*Counsel for Defendant WK Kellogg Co*

By: /s/ Stephen D. Andrews
Stephen D. Andrews (State Bar No. 205691)
sandrews@wc.com
Dane H. Butswinkas*
dbutswinkas@wc.com
WILLIAMS & CONNOLLY LLP
680 Maine Ave, S.W.
Washington, DC 20024
Telephone: 202-434-5000

*Counsel for Defendant Mars Incorporated*

By: /s/ Raymond A. Cardozo
Raymond A. Cardozo (SBN 173263)
Steven J. Boranian (SBN 174183)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Tel: (415) 543-8700
rcardozo@reedsmith.com
sboranian@reedsmith.com

Stephen J. McConnell (SBN 128630)
REED SMITH LLP
Three Logan Square, 1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Tel: (215) 851-8100
Email: smcconnell@reedsmith.com

*Counsel for Defendant Conagra Brands, Inc.*

(\**pro hac vice* application forthcoming)

By: /s/ *Jesse E. Lanier*
DAVID CHIU (189542)
City Attorney
YVONNE R. MERE (173594)
Chief Deputy City Attorney
SARA J. EISENBERG (269303)
Chief of Complex & Affirmative Litigation
RONALD LEE (SBN 238720)
Asst. Chief of Complex & Affirmative Litigation
JESSE E. LANIER (SBN 303395)
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102
Tel.: 415-554-3944
cityattorney@sfcityatty.com

Jennie Lee Anderson (SBN 203586)
ANDRUS ANDERSON LLP
1970 Broadway, Suite 1070
Oakland, California 94612
Tel.: 415-986-1400
jennie@andrusanderson.com

Diandra S. Debrosse*
DICELLO LEVITT LLP
505 20th Street North, Suite 1500
Birmingham, Alabama 35203
Tel.: 205-453-6415
fu@dicellolevitt.com

Adam J. Levitt*
Daniel R. Ferri*
DICELLO LEVITT LLP
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Tel.: 312-214-7900
alevitt@dicellolevitt.com
dferri@dicellolevitt.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Rene F. Rocha*
MORGAN & MORGAN, P.A.
1100 Poydras Street, Suite 2900
New Orleans, Louisiana 70163
Tel.: 504-636-6310
rrocha@forthepeople.com

Frank M. Petosa*
MORGAN & MORGAN, P.A.
8151 Peters Road, Suite 4000
Plantation, Florida 33324
Tel.: 954-318-0268
fpetosa@forthepeople.com

*Attorneys for Plaintiff The People of the State of California, acting by and through San Francisco City Attorney David Chiu*

(**pro hac vice* application forthcoming)