1 | Stephen J. McConnell (Bar No. 128630)
**REED SMITH LLP**
Three Logan Square,
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Telephone: (215) 851-8100
E-mail: smcconnell@reedsmith.com

Raymond A. Cardozo (Bar No. 173263)
Steven J. Boranian (Bar No. 174183)
**REED SMITH LLP**
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone: (415) 543-8700
E-mail: rcardozo@reedsmith.com
E-mail: sboranian@reedsmith.com

*Attorneys for Defendant Conagra Brands, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through San Francisco City Attorney DAVID CHIU,<br><br>Plaintiff,<br><br>vs.<br><br>THE KRAFT HEINZ COMPANY; MONDELEZ INTERNATIONAL, INC.; POST HOLDINGS, INC.; THE COCA-COLA COMPANY; PEPSICO, INC; GENERAL MILLS, INC.; NESTLE USA, INC.; KELLANOVA; WK KELLOGG CO.; MARS, INCORPORATED; CONAGRA BRANDS, INC.; and DOES 1–50,<br><br>Defendants. | Case No.: 3:26-cv-00183<br><br>**DEFENDANT CONAGRA BRANDS, INC.'S CORPORATE DISCLOSURE STATEMENT, CERTIFICATION OF CONFLICTS INTERESTED PARTIES OR PERSONS, AND CERTIFICATION OF CITIZENSHIP**<br><br>Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-15.<br><br>Removed from the Superior Court of California, County of San Francisco, Case No. CGC-25-631189 |

– 1 –

CORPORATE DISCLOSURE STATEMENT, CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS, AND CERTIFICATION OF CITIZENSHIP

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Conagra Brands, Inc. discloses that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

## CERTIFICATION OF CONFLICTS, INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-15, Defendant Conagra Brands, Inc. discloses that as of the last publicly available filings related to stock ownership prior to this filing, The Vanguard Group, which is not publicly traded, owned more than 10% of Conagra Brands, Inc.'s stock.

## CERTIFICATION OF CITIZENSHIP

Pursuant to Civil L.R. 3-15, Defendant Conagra Brands, Inc. certifies that as of this date, the citizenship of the following individuals or entities is attributed to the party submitting this certification:

| Individual/Entity | Citizenship of Individual/Entity |
|---|---|
| Conagra Brands, Inc. | Delaware and Illinois |

DATED: January 8, 2026

**REED SMITH LLP**

By: /s/ *Stephen J. McConnell*
Stephen J. McConnell (Bar No. 128630)
Raymond A. Cardozo (Bar No. 173263)
Steven J. Boranian (Bar No. 174183)

*Attorneys for Defendant Conagra Brands, Inc.*