| | |
|---|---|
| 1 | David T. Biderman, Bar No. 101577 |
| 2 | PERKINS COIE LLP<br>505 Howard St. Suite 1000 |
| 3 | San Francisco, CA 94105<br>Telephone: +1.415.344.7000 |
| 4 | Facsimile: +1.415.344.7050 |
| 5 | Joshua Patashnik, Bar No. 295120<br>PERKINS COIE LLP |
| 6 | 11452 El Camino Real, Suite 300<br>San Diego, CA 92130.2594 |
| 7 | Telephone: +1.858.720.5700<br>Facsimile:+1.858.720.5799 |
| 8 | Natalie K. Sanders, Bar No. 329916 |
| 9 | PERKINS COIE LLP<br>1888 Century Park East, Suite 1700 |
| 10 | Los Angeles, California 90067-1721<br>Telephone: +1.310.788.9900 |
| 11 | Facsimile: +1.310.788.3399 |
| 12 | Attorneys for Defendant<br>GENERAL MILLS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through San Francisco City Attorney DAVID CHIU,<br><br>            Plaintiff,<br><br>    v.<br><br>THE KRAFT HEINZ COMPANY; MONDELEZ INTERNATIONAL, INC.; POST HOLDINGS, INC.; THE COCA-COLA COMPANY; PEPSICO, INC; GENERAL MILLS, INC.; NESTLE USA, INC.; KELLANOVA; WK KELLOGG CO.; MARS, INCORPORATED; CONAGRA BRANDS, INC.; and DOES 1–50,<br><br>            Defendants. | Case No. 3:26-cv-00183<br><br>DEFENDANT GENERAL MILLS, INC.'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS |

-1-

-2-

1   Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned certifies that Defendant
2  General Mills, Inc. is a corporation incorporated under the laws of the State of Delaware with its
3  principal place of business in the State of Minnesota. No publicly held corporation owns ten percent
4  or more of General Mills's stock.
5   Additionally, pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this
6  date, other than the named parties there is no such interest to report.
7   A supplemental certificate and/or disclosure statement(s) will be filed upon any change in
8  the information provided herein.

Dated: January 8, 2026                                **PERKINS COIE LLP**

By: */s/ David T. Biderman*
David T. Biderman, Bar No. 101577
Joshua Patashnik, Bar No. 295120
Natalie K. Sanders, Bar No. 329916

Attorneys for Defendant
GENERAL MILLS, INC.