Trenton H. Norris (CA 164781)
**HOGAN LOVELLS US LLP**
4 Embarcadero Center, Suite 3500
San Francisco, CA 94111
T: (415) 640-5765
trent.norris@hoganlovells.com

Lauren S. Colton (*pro hac vice* forthcoming)
Julie R. Schindel (*pro hac vice* forthcoming)
**HOGAN LOVELLS US LLP**
100 International Drive, Suite 2000
Baltimore, MD 21202
T: (410) 659-2700
lauren.colton@hoganlovells.com
julie.schindel@hoganlovells.com

*Counsel for Defendant Nestlé USA, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through San Francisco City Attorney DAVID CHIU,<br><br>Plaintiff,<br><br>v.<br><br>THE KRAFT HEINZ COMPANY; MONDELEZ INTERNATIONAL, INC.; POST HOLDINGS, INC.; THE COCA-COLA COMPANY; PEPSICO, INC; GENERAL MILLS, INC.; NESTLE USA, INC.; KELLANOVA; WK KELLOGG CO.; MARS, INCORPORATED; CONAGRA BRANDS, INC.; and DOES 1–50,<br><br>Defendants. | Case No. 3:26-cv-00183<br><br>CALIFORNIA STATE COURT CASE NO. CGC-25-631189<br><br>Assigned to: Magistrate Judge Alex G. Tse<br><br>**DEFENDANT NESTLÉ USA, INC.'S DISCLOSURE OF CONFLICTS, INTERESTED ENTITIES OR PERSONS AND CITIZENSHIP (L.R. 3-15) AND CORPORATE DISCLOSURE (F.R.C.P. 7.1)**<br><br>Complaint Filed: December 2, 2025<br>Removal Date: January 7, 2026<br>Trial Date: None set |

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
LOS ANGELES

NESTLÉ USA, INC.'S DISCLOSURE OF CONFLICTS, INTERESTED ENTITIES OR PERSONS AND CITIZENSHIP (L.R. 3-15) AND CORPORATE DISCLOSURE STATEMENT (F.R.C.P. 7.1)
CASE NO. 3:26-CV-00183

1  Pursuant to Civil Local Rule 3-15, the undersigned counsel of record for Defendant Nestlé
2  USA, Inc., certifies that, as of this date, there is no conflict of interest (other than the named
3  parties) to report.

4  Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, the
5  citizenship of the following individuals or entities is attributed to the party submitting this
6  certification:

<u>Nestlé USA, Inc.</u>   <u>Delaware and Virginia</u>
(Entity)   (Citizenship of Entity)

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for Nestlé USA, Inc. submits this disclosure statement and states as follows:

Nestlé USA, Inc. is a wholly owned subsidiary of Nestlé Holdings, Inc.; Nestlé Holdings, Inc. is a wholly owned subsidiary of NIMCO US, Inc.; NIMCO US, Inc. is a wholly owned subsidiary of Nestlé US Holdco, Inc.; Nestlé US Holdco, Inc., is a wholly owned subsidiary of Société des Produits Nestlé S.A.; Société des Produits Nestlé S.A., is a wholly owned subsidiary of Nestlé S.A.; and Nestlé S.A., is a publicly traded Swiss corporation, the shares of which are traded in the United States in the form of American Depository Receipts. No publicly held corporation currently owns 10% or more of the stock of Nestlé S.A.

Dated: January 8, 2026

Respectfully submitted,

<u>/s/ Trenton H. Norris</u>
Trenton H. Norris (CA 164781)
**HOGAN LOVELLS US LLP**
4 Embarcadero Center, Suite 3500
San Francisco, CA 94111
T: (415) 640-5765
trent.norris@hoganlovells.com

Lauren S. Colton (*pro hac vice* forthcoming)
Julie R. Schindel (*pro hac vice* forthcoming)
**HOGAN LOVELLS US LLP**
100 International Drive, Suite 2000
Baltimore, MD 21202

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
LOS ANGELES

2
NESTLÉ USA, INC.'S DISCLOSURE OF CONFLICTS, INTERESTED ENTITIES OR PERSONS AND CITIZENSHIP (L.R. 3-15) AND CORPORATE DISCLOSURE STATEMENT (F.R.C.P. 7.1)
CASE NO. 3:26-CV-00183

1
2

T: (410) 659-2700
lauren.colton@hoganlovells.com
julie.schindel@hoganlovells.com

3

*Counsel for Defendant Nestlé USA, Inc*

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NESTLÉ USA, INC.'S DISCLOSURE OF CONFLICTS, INTERESTED ENTITIES OR PERSONS AND CITIZENSHIP (L.R. 3-15) AND CORPORATE DISCLOSURE STATEMENT (F.R.C.P. 7.1)
CASE NO. 3:26-CV-00183