Stephen D. Andrews (State Bar No. 205691)
sandrews@wc.com
Dane H. Butswinkas (*pro hac vice* forthcoming)
dbutswinkas@wc.com
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.,
Washington, DC 20024
Telephone: (202) 434-5000

*Counsel for Defendant Mars, Incorporated*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through San Francisco City Attorney DAVID CHIU,<br><br>Plaintiff,<br><br>v.<br><br>THE KRAFT HEINZ COMPANY; MONDELEZ INTERNATIONAL, INC.; POST HOLDINGS, INC.; THE COCA-COLA COMPANY; PEPSICO, INC; GENERAL MILLS, INC.; NESTLE USA, INC.; KELLANOVA; WK KELLOGG CO.; MARS, INCORPORATED; CONAGRA BRANDS, INC.; and DOES 1–50,<br><br>Defendants. | Case No.  3:26-cv-00183-AGT<br><br>**DEFENDANT MARS, INCORPORATED'S RULE 7.1 DISCLOSURE STATEMENT AND CIVIL LOCAL RULE 3-15 CERTIFICATION OF CONFLICTS, INTERESTED ENTITIES AND PERSONS, AND CITIZENSHIP** |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Defendant Mars, Incorporated ("Mars"), by and through undersigned counsel, hereby submits this Disclosure Statement and Certification, without waiver of any defenses.  Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report and that, pursuant to Rule 7.1(a)(1), Mars does not have any parent corporation or any publicly held corporation that owns 10% or more of its stock.  In addition, pursuant to Rule 7.1(a)(2)

1  and Civil L.R. 3-15, the undersigned certifies that as of this date, the citizenship of the following
2  individuals or entities is attributed to the party submitting this certification:
3
4  <u>Individual/Entity</u>                <u>Citizenship of Individual/Entity</u>
5  Mars, Incorporated (Entity)         Delaware, Virginia
6
7
8  Dated: January 8, 2026              Respectfully submitted,
9
10                                     */s/ Stephen D. Andrews*
11                                     Stephen D. Andrews (State Bar No. 205691)
                                       sandrews@wc.com
12                                     Dane H. Butswinkas (*pro hac vice* forthcoming)
                                       dbutswinkas@wc.com
13                                     WILLIAMS & CONNOLLY LLP
                                       680 Maine Avenue, S.W.,
14                                     Washington, DC 20024
                                       Telephone: (202) 434-5000
15
16                                     *Counsel for Defendant Mars, Incorporated*
17
18
19
20
21
22
23
24
25
26
27
28

Defendant Mars, Incorporated's Rule 7.1 Disclosure Statement and Civil Local Rule 3-15 Certification
of Conflicts, Interested Entities and Persons, and Citizenship – 3:26-CV-00183-AGT

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 8th day of January 2026 a true and correct copy of the foregoing Rule 7.1 Disclosure Statement and Civil Local Rule 3-15 Certification of Conflicts, Interested Entities and Persons, and Citizenship was served upon all counsel of record via the Court's Electronic Case Filing system.

                */s/ Stephen D. Andrews*
                Stephen D. Andrews