**JENNER & BLOCK LLP**
Dean N. Panos (*pro hac vice* forthcoming)
dpanos@jenner.com
Andrianna D. Kastanek (*pro hac vice* forthcoming)
akastanek@jenner.com
John F. Ward (*pro hac vice* forthcoming)
jward@jenner.com
353 North Clark Street
Chicago, IL 60654
Phone:	(312) 222-9350
Facsimile:	(312) 527-0484

Alexander M. Smith (SBN 295187)
asmith@jenner.com
515 South Flower Street, Suite 3300
Los Angeles, CA  90071
Phone:	(213) 239-5100
Facsimile:	(213) 239-5199

Kate T. Spelman (SBN 269109)
kspelman@jenner.com
2029 Century Park East, Suite 1450
Los Angeles, CA  90067
Phone:	(213) 239-5100
Facsimile:	(213) 239-5199

Attorneys for Defendant
WK Kellogg Co

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through San Francisco City Attorney DAVID CHIU,<br><br>                    Plaintiff,<br><br>     v.<br><br>THE KRAFT HEINZ COMPANY, et al.,<br><br>                    Defendants. | Case No. 3:26-cv-183<br><br>**DEFENDANT WK KELLOGG CO'S CERTIFICATION OF INTERESTED PERSONS AND ENTITIES** |

Pursuant to Civil Local Rule 3-15, the undersigned counsel for Defendant WK Kellogg Co ("WKKC") certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Ferrero International S.A., which is the parent company of WKKC.

Dated:   January 8, 2026         JENNER & BLOCK LLP

                                 By:   /s/  Alexander M. Smith
                                           Alexander M. Smith

                                 Attorneys for Defendant
                                 WK Kellogg Co