Laura Vartain Horn (SBN 258485)
KIRKLAND & ELLIS LLP
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Jessica Davidson (*pro hac vice* forthcoming)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4757
jessica.davidson@kirkland.com

Jordan Michael Schwartz (*pro hac vice* forthcoming)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave NW
Washington, DC 20004
Telephone: (202) 389-3358
jordan.schwartz@kirkland.com

*Counsel for Defendant Mondelēz International, Inc.*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through San Francisco City Attorney DAVID CHIU,<br><br>Plaintiff,<br><br>v.<br><br>THE KRAFT HEINZ COMPANY; MONDELEZ INTERNATIONAL, INC.; POST HOLDINGS, INC.; THE COCA-COLA COMPANY; PEPSICO, INC; GENERAL MILLS, INC.; NESTLE USA, INC.; KELLANOVA; WK KELLOGG CO.; MARS, INCORPORATED; CONAGRA BRANDS, INC.; and DOES 1–50,<br><br>Defendants. | Case No. 3:26-cv-00183<br><br>**DEFENDANT MONDELĒZ INTERNATIONAL, INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED ENTITIES AND PERSONS**<br><br>Removed from the Superior Court of California, County of San Francisco, Case No. CGC-25-631189<br><br>Action filed: December 2, 2025 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned certifies that Mondelēz International, Inc. ("Mondelēz") is a publicly held corporation with no parent company. Based solely on SEC filings regarding beneficial ownership of Mondelēz's stock, Mondelēz is unaware of any shareholder who beneficially owns ten percent or more of Mondelēz's outstanding stock.

## CERTIFICATE OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil Local Rule 3-15, the undersigned counsel of record certifies that apart from the named parties to this action, they do not believe that there are other persons, associations of persons, firms, partnerships, corporations, or other entities that have (i) a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) a non-financial interest that could be substantially affected by the outcome of the proceeding.

Mondelēz will advise this Court in the event it learns of any additional interested entities or persons that must be identified pursuant to Civil Local Rule 3-15.

Dated:  January 8, 2026                Respectfully submitted,

By: */s/ Laura Vartain Horn*
Laura Vartain Horn (SBN 258485)
KIRKLAND & ELLIS LLP
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Jessica Davidson (*pro hac vice* forthcoming)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4757
jessica.davidson@kirkland.com

Jordan Michael Schwartz (*pro hac vice* forthcoming)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave NW
Washington, DC 20004
Telephone: (202) 389-3358
jordan.schwartz@kirkland.com

*Counsel for Defendant Mondelēz International, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: */s/ Laura Vartain Horn*
Laura Vartain Horn