**FAEGRE DRINKER BIDDLE & REATH LLP**
TARIFA B. LADDON (BAR NO. 240419)
tarifa.laddon@faegredrinker.com
GABRIEL J. NIFORATOS (SBN 359417)
gabriel.niforatos@faegredrinker.com
1800 Century Park East, Suite 1500
Los Angeles, California  90067
Telephone:	310.203.4000
Facsimile:	310.229.1285

Attorneys for Defendant
POST HOLDINGS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through San Francisco City Attorney DAVID CHIU,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>THE KRAFT HEINZ COMPANY; MONDELEZ INTERNATIONAL, INC.; POST HOLDINGS, INC.; THE COCA-COLA COMPANY; PEPSICO, INC; GENERAL MILLS, INC.; NESTLE USA, INC.; KELLANOVA; WK KELLOGG CO.; MARS, INCORPORATED; CONAGRA BRANDS, INC.; and DOES 1–50,<br><br>　　　　　　Defendants. | Case No. 3:26-cv-00183-AGT<br><br>Hon. Alex G. Tse<br>Courtroom A – 15th Floor<br><br>**DEFENDANT POST HOLDINGS, INC.'S CORPORATE DISCLOSURE STATEMENT**<br><br>Complaint Filed:　December 2, 2025<br>Date Removed:　　January 7, 2026 |

FAEGRE DRINKER
BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT POST HOLDINGS, INC.'S CORPORATE DISCLOSURE STATEMENT
CASE NO.: 3:26-CV-00183-AGT

Pursuant to Federal Rules of Civil Procedure 7.1 and Civil Local Rule 3-15, the nongovernmental corporate party, Post Holdings, Inc. ("Defendant"), through the undersigned counsel of record, states that it does not have any parent corporation or any publicly held corporation that owns 10% or more of its stock.

Pursuant to Civil L.R. 3-15, Defendant states it is not presently aware of any conflict, financial or otherwise, that the presiding judge may have with the parties to this litigation.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no conflict or interest to report.

DATED: January 9, 2026

**FAEGRE DRINKER BIDDLE & REATH LLP**

By:  */s/ Tarifa B. Laddon*
TARIFA B. LADDON
GABRIEL J. NIFORATOS

Attorneys for Defendant
POST HOLDINGS, INC.

FAEGRE DRINKER
BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

DMS_US.375282502.1

DEFENDANT POST HOLDINGS, INC.'S CORPORATE DISCLOSURE STATEMENT
CASE NO.: 3:26-CV-00183-AGT