**FAEGRE DRINKER BIDDLE & REATH LLP**
TARIFA B. LADDON (BAR NO. 240419)
*tarifa.laddon@faegredrinker.com*
GABRIEL J. NIFORATOS (SBN 359417)
*gabriel.niforatos@faegredrinker.com*
1800 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone:   310.203.4000
Facsimile:   310.229.1285

Attorneys for Defendant
POST HOLDINGS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through San Francisco City Attorney DAVID CHIU,<br><br>Plaintiff,<br><br>v.<br><br>THE KRAFT HEINZ COMPANY; MONDELEZ INTERNATIONAL, INC.; POST HOLDINGS, INC.; THE COCA-COLA COMPANY; PEPSICO, INC; GENERAL MILLS, INC.; NESTLE USA, INC.; KELLANOVA; WK KELLOGG CO.; MARS, INCORPORATED; CONAGRA BRANDS, INC.; and DOES 1–50,<br><br>Defendants. | Case No. 3:26-cv-00183-AGT<br><br>Hon. Alex G. Tse<br>Courtroom A – 15th Floor<br><br>**DEFENDANT POST HOLDINGS, INC.'S DISCLOSURE OF CITIZENSHIP IN DIVERSITY JURISDICTION CASE**<br><br>Complaint Filed:   December 2, 2025<br>Date Removed:   January 7, 2026 |

Defendant Post Holdings, Inc., by and through its attorneys, hereby makes the following Disclosure of Citizenship in Diversity Jurisdiction Case pursuant to Federal Rule of Civil Procedure 7.1(a)(2) and Civil Local Rule 3-15:

Defendant Post Holdings, Inc. is a citizen of the state of Missouri.

DATED: January 9, 2026

**FAEGRE DRINKER BIDDLE & REATH LLP**

By: */s/ Tarifa B. Laddon*
TARIFA B. LADDON
GABRIEL J. NIFORATOS

Attorneys for Defendant
POST HOLDINGS, INC.

FAEGRE DRINKER
BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT POST HOLDINGS, INC.'S DISCLOSURE OF CITIZENSHIP IN DIVERSITY JURISDICTION CASE
CASE NO.: 3:26-CV-00183-AGT