RACHEL E. K. LOWE (State Bar No. 246361)
**ALSTON & BIRD LLP**
350 South Grand Avenue, 51st Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
E-mail: rachel.lowe@alston.com

ANGELA M. SPIVEY (*pro hac vice* application forthcoming)
ANDREW G. PHILLIPS (*pro hac vice* application forthcoming)
JAMIE S. GEORGE (*pro hac vice* application forthcoming)
ESMAT HANANO (*pro hac vice* application forthcoming)
**ALSTON & BIRD LLP**
1201 West Peachtree St.
Atlanta, GA 30309
Telephone: (404) 881-7000
E-mail: angela.spivey@alston.com
andrew.phillips@alston.com
jamie.george@alston.com

*Attorneys for Defendant The Coca-Cola Company*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through San Francisco City Attorney DAVID CHU,<br><br>Plaintiff,<br><br>v.<br><br>THE KRAFT HEINZ COMPANY; MONDELEZ INTERNATIONAL, INC.; POST HOLDINGS, INC.; THE COCA-COLA COMPANY; PEPSICO, INC.; GENERAL MILLS, INC.; NESTLE USA, INC.; KELLENOVA; WK KELLOGG CO.; MARS INCORPORATED; CONAGRA BRANDS, INC.; and DOES 1–50,<br><br>Defendants. | Case No.: 3:26-cv-00183<br><br>**CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT OF DEFENDANT THE COCA-COLA COMPANY**<br><br>Removed from the Superior Court of California, County of San Francisco, Case No. CGC-25-631189<br><br>Action filed: December 2, 2025 |

Pursuant to Civil Local Rule 3-15, the undersigned counsel certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel states that Defendant The Coca-Cola Company ("The Coca-Cola Company") is a citizen of Delaware and Georgia. The undersigned counsel further states that The Coca-Cola Company has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

DATED: January 9, 2026

Respectfully submitted,

**ALSTON & BIRD LLP**

/s/ *Rachel E. K. Lowe*
RACHEL E. K. LOWE
ANGELA M. SPIVEY (*pro hac vice* forthcoming)
ANDREW G. PHILLIPS (*pro hac vice* forthcoming)
JAMIE S. GEORGE (*pro hac vice* forthcoming)
ESMAT HANANO (*pro hac vice* forthcoming)

*Attorneys for Defendant The Coca-Cola Company*