Andrew S. Tulumello (Bar No. 196484)
drew.tulumello@weil.com
Arianna Scavetti (*pro hac vice* forthcoming)
arianna.scavetti@weil.com
Claire L. Chapla (Bar No. 314255)
claire.chapla@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Tel: (202) 682-7000

Brian G. Liegel (*pro hac vice* forthcoming)
brian.liegel@weil.com
WEIL, GOTSHAL & MANGES LLP
1395 Brickell Avenue, Suite 1200
Miami, FL 33131
Tel: (305) 577-3180

*Attorneys for Defendant PepsiCo, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through San Francisco City Attorney DAVID CHIU,<br><br>Plaintiff,<br><br>v.<br><br>THE KRAFT HEINZ COMPANY; MONDELEZ INTERNATIONAL, INC.; POST HOLDINGS, INC.; THE COCA-COLA COMPANY; PEPSICO, INC; GENERAL MILLS, INC.; NESTLE USA, INC.; KELLANOVA; WK KELLOGG CO.; MARS, INCORPORATED; CONAGRA BRANDS, INC.; and DOES 1–50,<br><br>Defendants. | CASE No. 3:26-cv-00183-AGT<br><br>**CERTIFICATE OF SERVICE IN SUPPORT OF NOTICE OF REMOVAL** |

I declare that I am employed with the law firm of Weil, Gotshal & Manges LLP, whose address is 2001 M Street N.W., Washington, D.C. 20036 (hereinafter "WGM"). I am not a party to the within cause, I am over the age of eighteen years, and my email address is drew.tulumello@weil.com. I further declare that on January 8, 2026, I served a copy of the following:

    1.    **INITIAL CASE MANAGEMENT ORDER**

    2.    **CIVIL STANDING ORDER FOR MAGISTRATE JUDGE ALEX G. TSE**

    3.    **CONFORMED COPY OF NOTICE OF FILING OF NOTICE OF REMOVAL**

**BY ELECTRONIC SERVICE** by electronically mailing a true and correct copy through WGM's electronic mail system to the email addresses set forth in the service list below:

| | |
|---|---|
| David Chiu<br>Yvonne R. Mere<br>Sara J. Eisenberg<br>Ronald Lee<br>Jesse E. Lanier<br>cityattorney@sfcityatty.com<br><br>Jennie Lee Anderson<br>jennie@andrusanderson.com<br><br>Diandra S. Debrosse<br>fu@dicellolevitt.com | Adam J. Levitt<br>Daniel R. Ferri<br>alevitt@dicellolevitt.com<br>dferri@dicellolevitt.com<br><br>Rene F. Rocha<br>rrocha@forthepeople.com<br><br>Frank M. Petosa*<br>fpetosa@forthepeople.com |

Executed on January 9, 2026, in Washington, D.C., I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

                                                /s/   Andrew S. Tulumello
                                                    Andrew S. Tulumello