

# Certificate of Good Standing

## UNITED STATES DISTRICT COURT

## DISTRICT OF MARYLAND

I, Catherine M. Stavlas, Clerk of the United States District Court for the District of Maryland, certify that Lauren Schultz Colton, Bar No. 26503, was duly admitted to practice in this Court on 5/25/2001, and is in good standing as a member of the Bar of this Court.



Clerk of Court

Date: 1/9/2026

Marlowe Hill
Deputy Clerk

*This Certificate is valid for 90 days from the date issued.*