UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| The People of the State of California<br><br>Plaintiff(s),<br><br>v.<br><br>The Kraft Heinz Company, et al.<br><br>Defendant(s). | Case No. 3:26-cv-00183-AGT<br><br>**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline to magistrate judge jurisdiction in this matter. Sign this form below your selection.

☐ **CONSENT to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

☑ **DECLINE Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: January 21, 20 26

NAME: Perlette M. Jura

/s/ Perlette M. Jura
*Signature*

COUNSEL FOR (OR "PRO SE"): Kellanova

Additional counsel for other defendants listed on following pages

By: */s/ Perlette M. Jura*
Perlette M. Jura, SBN 242332
PJura@gibsondunn.com
Michael Holecek, SBN 281034
mholecek@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7000

Jason Meltzer*
jmeltzer@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036
(202) 955-8500

*Attorneys for Defendant Kellanova*

By: */s/ Adriane Peralta*
Adriane Peralta
SIDLEY AUSTIN LLP
350 S. Grand Avenue
Los Angeles, CA 90071
Tel: (213) 896-6132
Fax: (213) 896-6600
Email: adriane.peralta@sidley.com

Michelle A. Ramirez*
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
Tel: (312) 853-7000
Fax: (312) 853-7036
Email:  michelle.ramirez@sidley.com

*Counsel for Defendant The Kraft Heinz Company*

By: */s/ Laura Vartain Horn*
Laura Vartain Horn (SBN 258485)
KIRKLAND & ELLIS LLP
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Jessica Davidson*
jessica.davidson@kirkland.com
KIRKLAND & ELLIS LLP

601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4757
Facsimile: (212) 446-4900

Jordan Michael Schwartz*
jordan.schwartz@kirkland.com
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave NW
Washington, DC

*Counsel for Defendant Mondelēz International, Inc.*

By: */s/ Tarifa B. Laddon*
Tarifa B. Laddon (SBN 240419)
Gabriel J. Niforatos (SBN 359417)
FAEGRE DRINKER BIDDLE & REATH LLP
1800 Century Park East, Suite 1500
Los Angeles, California 90067
Tel:    (310) 203-4000
Fax:    (310) 229-1285
Email: tarifa.laddon@faegredrinker.com
Email: gabriel.niforatos@faegredrinker.com

Sarah L. Brew*
Tyler A. Young*
Rory F. Collins*
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Tel: (612) 766-7000
Fax: (612) 766-1600
Email: sarah.brew@faegredrinker.com
Email: tyler.young@faegredrinker.com
Email: rory.collins@faegredrinker.com

*Counsel for Defendant Post Holdings, Inc.*

By: */s/ Angela M. Spivey*
Angela M. Spivey*
Andrew G. Phillips*
Jamie S. George*
ALSTON & BIRD LLP
1201 West Peachtree St.
Atlanta, GA 30309
(404) 881-7000

angela.spivey@alston.com
andrew.phillips@alston.com
jamie.george@alston.com

Rachel E. K. Lowe (SBN 246361)
ALSTON & BIRD LLP
350 South Grand Avenue
51st Floor
Los Angeles, CA 90071
(213) 576-1000
rachel.lowe@alston.com

*Counsel for Defendant The Coca-Cola Company*

By: /s/ Andrew S. Tulumello
Andrew S. Tulumello (Bar No. 196484)
drew.tulumello@weil.com
Arianna M. Scavetti*
arianna.scavetti@weil.com
Claire L. Chapla (Bar No. 314255)
claire.chapla@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Tel: (202) 682-7000

Brian G. Liegel*
brian.liegel@weil.com
WEIL, GOTSHAL & MANGES LLP
1395 Brickell Avenue, Suite 1200
Miami, FL 33131
Tel: (305) 577-3180

*Attorneys for Defendant PepsiCo, Inc.*

By: /s/ David T. Biderman
David T. Biderman, Bar No. 101577
PERKINS COIE LLP
505 Howard St. Suite 1000
San Francisco, CA 94105
Telephone: +1.415.344.7000
Facsimile: +1.415.344.7050

Joshua Patashnik, Bar No. 295120
PERKINS COIE LLP
11452 El Camino Real, Suite 300
San Diego, CA 92130.2594
Telephone: +1.858.720.5700

Facsimile:+1.858.720.5799

Natalie K. Sanders, Bar No. 329916
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, California 90067-1721
Telephone: +1.310.788.9900
Facsimile: +1.310.788.3399

Jamal Faleel*
NORTON ROSE FULBRIGHT US LLP
60 South Sixth Street, Suite 3100
Minneapolis, MN 55402
(612) 321-2271
jamal.faleel@nortonrosefulbright.com

*Counsel for Defendant General Mills, Inc.*

By: */s/ Trenton H. Norris*
Trenton H. Norris (CA 164781)
HOGAN LOVELLS US LLP
4 Embarcadero Center, Suite 3500
San Francisco, CA 94111
T: (415) 640-5765
trent.norris@hoganlovells.com

Lauren S. Colton*
Julie R. Schindel*
HOGAN LOVELLS US LLP
100 International Drive, Suite 2000
Baltimore, MD 21202
T: (410) 659-2700
lauren.colton@hoganlovells.com
julie.schindel@hoganlovells.com

*Counsel for Defendant Nestlé USA, Inc.*

By: */s/ Alexander M. Smith*
Alexander M. Smith (SBN 295187)
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, CA 90071
T: (213) 239-2262
asmith@jenner.com

Kate T. Spelman (SBN 269109)
JENNER & BLOCK LLP

2029 Century Park East, Suite 1450
Los Angeles, CA 90067
T: (213) 239-2246
kspelman@jenner.com

Dean N. Panos*
Andrianna D. Kastanek*
John F. Ward*
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654
T: (312) 923-2765
dpanos@jenner.com
jward@jenner.com
akastanek@jenner.com

*Counsel for Defendant WK Kellogg Co*

By: */s/ Stephen D. Andrews*
Stephen D. Andrews (State Bar No. 205691)
sandrews@wc.com
Dane H. Butswinkas*
dbutswinkas@wc.com
WILLIAMS & CONNOLLY LLP
680 Maine Ave, S.W.
Washington, DC 20024
Telephone: 202-434-5000

*Counsel for Defendant Mars, Incorporated*

By: */s/ Raymond A. Cardozo*
Raymond A. Cardozo (SBN 173263)
Steven J. Boranian (SBN 174183)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Tel: (415) 543-8700
rcardozo@reedsmith.com
sboranian@reedsmith.com

Stephen J. McConnell (SBN 128630)
REED SMITH LLP
Three Logan Square, 1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Tel: (215) 851-8100

Email: smcconnell@reedsmith.com

*Counsel for Defendant Conagra Brands, Inc.*

(**pro hac vice* application forthcoming)

## **E-FILING ATTESTATION**

I, Perlette M. Jura, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.


By: */s/ Perlette M. Jura*
     Perlette M. Jura