UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>KRAFT HEINZ COMPANY, et al.,<br><br>Defendants. | Case No. 26-cv-00183-JST<br><br>**CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE AND ZOOM HEARING**<br><br>Re: Dkt. No. 60 |

**YOU ARE NOTIFIED THAT** a Case Management Conference is set for May 19, 2026 at 2:00 P.M. before the Honorable JON S. TIGAR.  The Joint Case Management Conference Statement is due by May 12, 2026.  This proceeding will be held via a Zoom webinar.

Dated: February 2, 2026

Mark B. Busby
Clerk of Court, United States District Court

By: _____
Dianna Shoblo, Deputy Clerk to the
Honorable JON S. TIGAR