UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| The People of the State of California, <br> Plaintiff, <br> v. <br> The Kraft Heinz Company, et al., <br> Defendant. | Case No. 3:26-cv-00183-AGT <br><br> **MOTION TO SUBSTITUTE LAW FIRM; PROPOSED ORDER** |

On behalf of (party name) Kellanova, the following attorney(s)

    (1) move(s) to substitute as counsel of record,

    (2) certify they are members in good standing of this Court's bar,

    (3) attest to the consent of current counsel to be withdrawn, and

    (4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:

  Stephen D. Andrews (Williams & Connolly LLP)

Name(s) of counsel withdrawing from representation and firm name:

  Perlette M. Jura, Michael Holecek, Jason Meltzer (Gibson, Dunn & Crutcher LLP)

Date: February 6, 2026

**[PROPOSED] ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: _____      _____
                                                                                                                                              UNITED STATES DISTRICT/MAGISTRATE JUDGE