1  DAVID CHIU (SBN 189542)
   City Attorney
2  YVONNE R. MERÉ (SBN 173594)
   Chief Deputy City Attorney
3  SARA J. EISENBERG (SBN 269303)
   Chief of Complex & Affirmative Litigation
4  JESSE E. LANIER (SBN 303395)
   Deputy City Attorney
5  Fox Plaza
6  1390 Market Street, 6th Floor
   San Francisco, CA 94102
7  Tel.:    415-554-3944
   Email: Jesse.Lanier@sfcityatty.org
8  Attorneys for Plaintiff the People of the State of California,
   acting by and through San Francisco City Attorney David Chiu
9
   *[Additional counsel appear on signature page.]*
10

11
                    **UNITED STATES DISTRICT COURT**
12                  **NORTHERN DISTRICT OF CALIFORNIA**

13

14  THE PEOPLE OF THE STATE OF                    Case No. 3:26-cv-00183
    CALIFORNIA, Acting by and through San
15  Francisco City Attorney DAVID CHIU,           Removed from the Superior Court of
                                                  California, County of San Francisco,
16         Plaintiff,                             Case No. CGC-25-631189

17         vs.                                    **AMENDED NOTICE OF PLAINTIFF'S**
                                                  **MOTION TO REMAND**
18  THE KRAFT HEINZ COMPANY, *et al.*,

19         Defendants.                            Date Action Filed:    December 2, 2025
                                                  Trial Date:           Not set
20

21

22

23

24

25

26

27

28

―――――――――――――――――――――――――――――――――
                    PLAINTIFF'S NOTICE OF MOTION TO REMAND

**AMENDED NOTICE OF MOTION**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that on April 23, at 2:00 PM, or on another date as shortly thereafter and convenient for the Court, Plaintiff the People of the State of California requests to appear via Zoom for oral argument in the courtroom of the Honorable Jon S. Tigar, in Courtroom 6, 2nd Floor at 1301 Clay Street, Oakland, California, as necessary, to move this Court to remand this case under 28 U.S.C. section 1447(c).

In its Motion to Remand (Dkt. No. 50), the People respectfully requests an order remanding this action in its entirety to the Superior Court of California, County of San Francisco, for lack of subject matter jurisdiction.  The motion is based on this Amended Notice of Motion and the Memorandum of Points and Authorities accompanying Plaintiff's motion (Dkt. No. 50).

Pursuant to Civil Local Rule 7-3, Plaintiff the People of the State of California hereby certifies that counsel for the parties met and conferred in a good-faith effort to resolve the issues raised by this motion, but were unable to reach an agreement.

Respectfully submitted,

Dated:  February 9, 2026                    By:    /s/ Jesse E. Lanier

JESSE E. LANIER (SBN 303395)
Deputy City Attorney
DAVID CHIU (SBN 189542)
City Attorney
YVONNE R. MERÉ (SBN 173594)
Chief Deputy City Attorney
SARA J. EISENBERG (SBN 269303)
Chief of Complex & Affirmative Litigation
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, CA 94102
Tel.: 415-554-3944
Email: jesse.lanier@sfcityatty.org

-1-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Jennie Lee Anderson (SBN 203586)
ANDRUS ANDERSON LLP
1970 Broadway, Suite 1070
Oakland, CA 94612
Tel.: 415-986-1400
jennie@andrusanderson.com

Diandra S. Debrosse*
DICELLO LEVITT LLP
505 20th Street North, Suite 1500
Birmingham, AL 35203
Tel.: 205-453-6415
fu@dicellolevitt.com

Adam J. Levitt*
Daniel R. Ferri*
DICELLO LEVITT LLP
Ten North Dearborn Street, Sixth Floor
Chicago, IL 60602
Tel.: 312-214-7900
alevitt@dicellolevitt.com
dferri@dicellolevitt.com

Rene F. Rocha*
MORGAN & MORGAN, P.A.
1100 Poydras Street, Suite 2900
New Orleans, LA 70163
Tel.: 504-636-6310
rrocha@forthepeople.com

Frank M. Petosa*
MORGAN & MORGAN, P.A.
8151 Peters Road, Suite 4000
Plantation, FL 33324
Tel.: 954-318-0268
fpetosa@forthepeople.com

Attorneys for Plaintiff The People of the State
of California, acting by and through San
Francisco City Attorney David Chiu

*pro hac vice forthcoming

-2-

-3-

I, Jennie Lee Anderson, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

　/s/ Jennie Lee Anderson　
Jennie Lee Anderson

PLAINTIFF'S NOTICE OF MOTION TO REMAND