DAVID CHIU (SBN 189542)
City Attorney
YVONNE R. MERÉ (SBN 173594)
Chief Deputy City Attorney
SARA J. EISENBERG (SBN 269303)
Chief of Complex & Affirmative Litigation
JESSE E. LANIER (SBN 303395)
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, CA 94102
Tel.:    415-554-3944
Email: Jesse.Lanier@sfcityatty.org
Attorneys for Plaintiff the People of the State of California,
acting by and through San Francisco City Attorney David Chiu

*[Additional counsel appear on signature page.]*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, Acting by and through San Francisco City Attorney DAVID CHIU,<br><br>Plaintiff,<br><br>vs.<br><br>THE KRAFT HEINZ COMPANY, *et al.*,<br><br>Defendants. | Case No. 3:26-cv-00183-JST<br><br>Removed from the Superior Court of California, County of San Francisco, Case No. CGC-25-631189<br><br>**STIPULATION AND [PROPOSED] ORDER VACATING DEADLINES**<br><br>Date Action Filed:    December 2, 2025<br>Trial Date:    Not set |

Pursuant to Civ. L. R. 6-2, Plaintiff The People of the State of California, acting by and through San Francisco City Attorney David Chiu ("Plaintiff"), along with Defendants The Kraft Heinz Company, Mondelēz International, Inc., Post Holdings, Inc., The Coca-Cola Company; PepsiCo, Inc., General Mills, Inc., Nestlé USA, Inc., Kellanova, WK Kellogg Co., Mars, Incorporated, and Conagra Brands, Inc. (collectively, "Defendants") (together, the "Parties") jointly stipulate as follows:

WHEREAS, on January 8, 2026, the Parties extended by stipulation the time for Defendants to respond to the Complaint pending this Court's decision on Plaintiff's then-anticipated motion to remand (ECF 14);

WHEREAS, on January 8, 2026, this Court issued an Order Setting Initial Case Management Conference and ADR Deadlines, setting deadlines for the Parties to meet and confer regarding initial disclosures, early settlement and the ADR process selection, make initial disclosures, file ADR certification, and file a Joint Case Management Conference (ECF 12);

WHEREAS, on January 28, 2026, Plaintiff filed its Notice of Motion and Motion for Remand (ECF 50) and, on February 9, 2026, filed its Amended Notice of Motion setting a hearing date of April 23, 2026, at 2:00 p.m. (ECF 64);

WHEREAS, on February 2, 2026, this Court reset the Case Management Conference in this case for May 19, 2026, and ordered the Parties to file a Case Management Conference Statement by May 12, 2026 (ECF 61);

WHEREAS, the Parties agree that efficiency will be best served to determine whether this case should be remanded to state court prior to proceeding with deadlines set forth by this Court pursuant to Fed. R. Civ. P. 26, and ADR L.R. 3;

WHEREAS, the proposed modifications will not affect the remainder of the scheduled case deadlines; and

WHEREAS, this stipulation is supported by the accompanying Declaration of Jennie Lee Anderson in support of this stipulation and proposed order as required by Civ. L.R. 6-2;

The Parties hereby stipulate and request an order as follows:

-1-

1. The following deadlines shall be vacated pending the outcome of Plaintiff's Motion to Remand:

| Case Management Event | Deadline Set Out in ECF 12 |
|---|---|
| Deadline to file ADR Certification | 3/20/2026 |
| Deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | 3/20/2026 |
| Deadline to make initial disclosures | 4/3/2026 |

2. The Court shall issue new deadlines for the foregoing events should it deny Plaintiff's Motion to Remand.

The parties reserve all rights. Nothing herein should be construed as a waiver of any of the parties' arguments, rights, defenses, or remedies, including jurisdictional defenses.

Respectfully submitted,

Dated:  April 3, 2026

By:  ___/s/ *Jesse E. Lanier*_____
JESSE E. LANIER (SBN 303395)
Deputy City Attorney
DAVID CHIU (SBN 189542)
City Attorney
YVONNE R. MERÉ (SBN 173594)
Chief Deputy City Attorney
SARA J. EISENBERG (SBN 269303)
Chief of Complex & Affirmative Litigation
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, CA 94102
Tel.: 415-554-3944
Email: jesse.lanier@sfcityatty.org

-2-

Jennie Lee Anderson (SBN 203586)
ANDRUS ANDERSON LLP
1970 Broadway, Suite 1070
Oakland, CA 94612
Tel.: 415-986-1400
jennie@andrusanderson.com

Diandra S. Debrosse*
DICELLO LEVITT LLP
505 20th Street North, Suite 1500
Birmingham, AL 35203
Tel.: 205-453-6415
fu@dicellolevitt.com

Adam J. Levitt*
Daniel R. Ferri*
DICELLO LEVITT LLP
Ten North Dearborn Street, Sixth Floor
Chicago, IL 60602
Tel.: 312-214-7900
alevitt@dicellolevitt.com
dferri@dicellolevitt.com

Rene F. Rocha*
MORGAN & MORGAN, P.A.
1100 Poydras Street, Suite 2900
New Orleans, LA 70163
Tel.: 504-636-6310
rrocha@forthepeople.com

Frank M. Petosa*
MORGAN & MORGAN, P.A.
8151 Peters Road, Suite 4000
Plantation, FL 33324
Tel.: 954-318-0268
fpetosa@forthepeople.com

*Attorneys for Plaintiff The People of the
State of California, acting by and through
San Francisco City Attorney David Chiu*

*pro hac vice forthcoming*

/s/   Perlette M. Jura
Perlette M. Jura (Bar No. 242332)
pjura@gibsondunn.com
Michael Holecek (Bar No. 281034)
mholecek@gibsondunn.com
Gibson, Dunn & Crutcher LLP

-3-

333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel: (213) 229-7000

Jason Meltzer*
jmeltzer@gibsondunn.com
Gibson, Dunn & Crutcher LLP
1700 M Street, N.W.
Washington, D.C. 20036
Tel: (202) 955-8500

Trenton H. Norris (Bar No. 164781)
trent.norris@hoganlovells.com
Hogan Lovells US LLP
4 Embarcadero Center, Suite 3500
San Francisco, CA 94111
Tel: (415) 640-5765

Lauren S. Colton (*pro hac vice*)
lauren.colton@hoganlovells.com
Julie R. Schindel (*pro hac vice*)
julie.schindel@hoganlovells.com
Hogan Lovells US LLP
100 International Drive, Suite 2000
Baltimore, MD 21202
Tel: (410) 659-2700

*Attorneys for Defendant Nestlé USA, Inc.*

 /s/   Andrew S. Tulumello
Andrew S. Tulumello (Bar No. 196484)
drew.tulumello@weil.com
Arianna Scavetti*
arianna.scavetti@weil.com
Claire L. Chapla (Bar No. 314255)
claire.chapla@weil.com
Weil, Gotshal & Manges LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Tel: (202) 682-7000

Brian G. Liegel*
brian.liegel@weil.com
Weil, Gotshal & Manges LLP
1395 Brickell Avenue, Suite 1200
Miami, FL 33131
Tel: (305) 577-3180

*Attorneys for Defendant PepsiCo, Inc.*

 /s/   Adriane Perlata
Adriane Peralta (Bar No. 304357)
adriane.peralta@sidley.com
Sidley Austin LLP
350 S. Grand Avenue

-4-

Los Angeles, CA 90071
Tel: (213) 896-6132
Fax: (213) 896-6600

Michelle A. Ramirez (*pro hac vice*)
michelle.ramirez@sidley.com
Sidley Austin LLP
One South Dearborn
Chicago, Illinois 60603
Tel: (312) 853-7000
Fax: (312) 853-7036

*Attorneys for Defendant The Kraft Heinz Company*

/s/   *Laura Vartain Horn*
Laura Vartain Horn (Bar No. 258485)
laura.vartain@kirkland.com
Kirkland & Ellis LLP
555 California Street, Suite 2700
San Francisco, CA 94104
Tel: (415) 439-1625

Jessica Davidson*
jessica.davidson@kirkland.com
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4757
Fax: (212) 446-4900

Jordan Michael Schwartz*
jordan.schwartz@kirkland.com
Kirkland & Ellis LLP
1301 Pennsylvania Ave NW
Washington, DC 20004
Tel: (202) 389-3358

*Attorneys for Defendant Mondelēz International, Inc.*

/s/   *Tarifa B. Laddon*
Tarifa B. Laddon (Bar No. 240419)
tarifa.laddon@faegredrinker.com
Gabriel J. Niforatos (Bar No. 359417)
gabriel.niforatos@faegredrinker.com
Faegre Drinker Biddle & Reath LLP
1800 Century Park East, Suite 1500
Los Angeles, California 90067
Tel: (310) 203-4000
Fax: (310) 229-1285
Sarah L. Brew (*pro hac vice*)
sarah.brew@faegredrinker.com
Tyler A. Young (*pro hac vice*)
tyler.young@faegredrinker.com

-5-

Rory F. Collins (*pro hac vice*)
rory.collins@faegredrinker.com
Faegre Drinker Biddle & Reath LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Tel: (612) 766-7000
Fax: (612) 766-1600

*Attorneys for Defendant Post Holdings, Inc.*

 /s/   Angela M. Spivey
Angela M. Spivey (*pro hac vice*)
angela.spivey@alston.com
Andrew G. Phillips (*pro hac vice*)
andrew.phillips@alston.com
Jamie S. George (*pro hac vice*)
jamie.george@alston.com
Alston & Bird LLP
1201 West Peachtree St.
Atlanta, GA 30309
Tel: (404) 881-7000

Rachel E. K. Lowe (Bar No. 246361)
rachel.lowe@alston.com
Alston & Bird LLP
350 South Grand Avenue
51st Floor
Los Angeles, CA 90071
Tel: (213) 576-1000

*Attorneys for Defendant The Coca-Cola
Company*

 /s/   David T. Biderman
David T. Biderman (Bar No. 101577)
dbiderman@perkinscoie.com
Perkins Coie LLP
505 Howard St. Suite 1000
San Francisco, CA 94105
Tel: (415) 344-7000
Fax: (415) 344-7050

Joshua Patashnik (Bar No. 295120)
jpatashnik@perkinscoie.com
Perkins Coie LLP
11452 El Camino Real, Suite 300
San Diego, CA 92130-2594
Tel: (858) 720-5700
Fax: (858) 720-5799

Natalie K. Sanders (Bar No. 329916)
nsanders@perkinscoie.com
Perkins Coie LLP
1888 Century Park East, Suite 1700

-6-

Los Angeles, California 90067-1721
Tel: (310) 788-9900
Fax: (310) 788-3399

*Attorneys for Defendant General Mills, Inc.*

/s/   Alexander M. Smith
Alexander M. Smith (Bar No. 295187)
asmith@jenner.com
Jenner & Block LLP
515 South Flower Street, Suite 3300
Los Angeles, CA 90071
Tel: (213) 239-2262

Kate T. Spelman (Bar No. 269109)
kspelman@jenner.com
Jenner & Block LLP
2029 Century Park East, Suite 1450
Los Angeles, CA 90067
Tel: (213) 239-2246

Dean N. Panos (*pro hac vice*)
dpanos@jenner.com
Andrianna D. Kastanek*
akastanek@jenner.com
John F. Ward*
jward@jenner.com
Jenner & Block LLP
353 North Clark Street
Chicago, IL 60654
Tel: (312) 923-2765

*Attorneys for Defendant WK Kellogg Co*

/s/   Stephen D. Andrews
Stephen D. Andrews (Bar No. 205691)
sandrews@wc.com
Dane H. Butswinkas*
dbutswinkas@wc.com
Williams & Connolly LLP
680 Maine Ave, S.W.
Washington, DC 20024
Tel: (202) 434-5000

*Attorneys for Defendants Kellanova and Mars, Incorporated*

/s/   Raymond A. Cardozo
Raymond A. Cardozo (Bar No. 173263)
rcardozo@reedsmith.com
Steven J. Boranian (Bar No. 174183)
sboranian@reedsmith.com
Reed Smith LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659

-7-

Tel: (415) 543-8700

Stephen J. McConnell (Bar No. 128630)
smcconnell@reedsmith.com
Reed Smith LLP
Three Logan Square, 1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Tel: (215) 851-8100

*Attorneys for Defendant Conagra Brands, Inc.*

(\**pro hac vice* application forthcoming)

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATE: _____                    _____

                                                         Hon. Jon S. Tigar

**SIGNATURE CERTIFICATION**

I, Jennie Lee Anderson, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

                       _/s/ *Jennie Lee Anderson*__
                       Jennie Lee Anderson

-8-