DAVID CHIU (SBN 189542)
City Attorney
YVONNE R. MERÉ (SBN 173594)
Chief Deputy City Attorney
SARA J. EISENBERG (SBN 269303)
Chief of Complex & Affirmative Litigation
JESSE E. LANIER (SBN 303395)
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, CA 94102
Tel.:    415-554-3944
Email: Jesse.Lanier@sfcityatty.org

Attorneys for Plaintiff the People of the State of California,
acting by and through San Francisco City Attorney David Chiu

*[Additional counsel appear on signature page.]*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, Acting by and through San Francisco City Attorney DAVID CHIU, <br><br> Plaintiff, <br><br> vs. <br><br> THE KRAFT HEINZ COMPANY, *et al.*, <br><br> Defendants. | Case No. 3:26-cv-00183-JST <br><br> Removed from the Superior Court of California, County of San Francisco, Case No. CGC-25-631189 <br><br> **DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER VACATING DEADLINES** <br><br> Date Action Filed:    December 2, 2025 <br> Trial Date:    Not set |

I, Jennie Lee Anderson, do hereby declare and state as follows:

1.    I am a partner with the law firm of Andrus Anderson LLP. I am duly admitted to practice before the courts of the State of California and in the Northern District of California. I am a counsel of record for the Plaintiff in *People of the State of California v. Kraft Heinz Company, et al.*, Case No. 3:26-CV-00183- JST.  I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the matters stated below.

2.    I make this declaration in support of the Stipulation and [Proposed] Order Vacating Deadlines submitted by Plaintiff The People of the State of California, acting by and through San Francisco City Attorney David Chiu ("Plaintiff"), along with Defendants The Kraft Heinz Company, Mondelēz International, Inc., Post Holdings, Inc., The Coca-Cola Company, PepsiCo, Inc., General Mills, Inc., Nestlé USA, Inc.; Kellanova, WK Kellogg Co., Mars, Incorporated, and Conagra Brands, Inc. (collectively, "Defendants") (together, the "Parties").

3.    The Parties previously extended the time for Defendants to respond to the Complaint via a stipulation filed on January 8, 2026. (ECF 14.)

4.    On the same date, the Court an Order Setting Initial Case Management Conferences and ADR Deadlines setting deadlines for the Parties to meet and confer regarding initial disclosures, early settlement and the ADR process selection, make initial disclosures, file ADR certification, and file a Joint Case Management Conference. (ECF 12.)  On January 28, 2026, Plaintiff filed its Notice of Motion and Motion for Remand (ECF 50) and, on February 9, 2026, filed its Amended Notice of Motion setting a hearing date of April 23, 2026. (ECF 64.)

5.    On February 2, 2026, this Court vacated the previously ordered Case Management Conference, reset the conference for May 19, 2026, and altered the date by which the Parties' Case Management Conference Statement would be due to May 12, 2026.  (ECF 61.)

6.    Upon meeting and conferring, the Parties agree that efficiency will be best served to determine whether this action should be remanded to state court prior to proceeding with deadlines set forth by this Court pursuant to Fed. R. Civ. P. 26, and ADR L.R. 3.

7.    The proposed modifications will not affect the remainder of the scheduled case deadlines.

-1-

8.      The parties have met and conferred and entered into a stipulation in compliance with Civ. L.R. 6-2 submitted herewith.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Dated:  April 3, 2026                    By:    /s/ *Jennie Lee Anderson*
                                               Jennie Lee Anderson (SBN 203586)
                                               ANDRUS ANDERSON LLP
                                               1970 Broadway, Suite 1070
                                               Oakland, CA 94612
                                               Tel.: 415-986-1400
                                               jennie@andrusanderson.com

                                               *Attorneys for Plaintiff The People of the State of California, acting by and through San Francisco City Attorney David Chiu*

-2-

DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF STIPLUATION
AND [PROPOSED] ORDER VACATING DEADLINES
CASE NO. 3:26-CV-00183-JST