UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, | Case No. 26-cv-00183-JST |
| Plaintiff, | |
| v. | **ORDER ON STIPULATION** |
| KRAFT HEINZ COMPANY, et al., | |
| Defendants. | |

Before the Court is the parties' stipulation to vacate certain case management deadlines in light of the pending motion to remand. ECF No. 69. The deadlines are hereby reset in accord with the new case management conference date of May 19, 2026:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Deadline to file ADR Certification | March 20, 2026 | April 28, 2026 |
| Deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | March 20, 2026 | April 28, 2026 |
| Deadline to make initial disclosures | April 3, 2026 | May 12, 2026 |

**IT IS SO ORDERED.**

Dated: April 6, 2026



JON S. TIGAR
United States District Judge