Perlette M. Jura, SBN 242332
  PJura@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7000

*Counsel for Defendant Nestlé USA, Inc.*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through San Francisco City Attorney DAVID CHIU,<br><br>                             Plaintiff,<br><br>        v.<br><br>THE KRAFT HEINZ COMPANY; MONDELEZ INTERNATIONAL, INC.; POST HOLDINGS, INC.; THE COCA-COLA COMPANY; PEPSICO, INC; GENERAL MILLS, INC.; NESTLE USA, INC.; KELLANOVA; WK KELLOGG CO.; MARS, INCORPORATED; CONAGRA BRANDS, INC.; and DOES 1–50,<br><br>Defendants. | Case No. 4:26-cv-00183-JST<br><br>**DECLARATION OF PERLETTE JURA IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND ALL ASSOCIATED DEADLINES**<br><br>Date Action Filed:    December 2, 2025<br>Trial Date:          Not set |

Gibson, Dunn &
Crutcher LLP

DECLARATION OF PERLETTE JURA IN SUPPORT OF
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
Case No. 4:26-cv-00183-JST

I, Perlette Jura, do hereby declare as follows:

1.      I am an attorney admitted to practice law in the State of California.  I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, and I am one of the attorneys responsible for representing Nestlé USA, Inc. in the above-referenced action.  I make this declaration of my own personal knowledge and, if called and sworn as a witness, I could and would testify competently to these facts.

2.      I make this declaration in support of the Stipulation and [Proposed] Order Continuing the Case Management Conference and All Associated Deadlines submitted by Plaintiff The People of the State of California, acting by and through San Francisco City Attorney David Chiu ("Plaintiff"), along with Defendants The Kraft Heinz Company, Mondelēz International, Inc., Post Holdings, Inc., The Coca-Cola Company; PepsiCo, Inc., General Mills, Inc., Nestlé USA, Inc., Kellanova, WK Kellogg Co., Mars, Incorporated, and Conagra Brands, Inc. (collectively, "Defendants") (together, the "Parties").

3.      Plaintiff has filed a motion to remand this case to state court (ECF 50) which has now been fully briefed and set for argument on April 23, 2026.

4.      The Parties have extended by stipulation the time for Defendants to respond to Plaintiff's complaint pending this Court's decision on Plaintiff's motion to remand (ECF 14).

5.      On February 2, 2026, this Court scheduled a Case Management Conference in this case for May 19, 2026 (ECF 61).

6.      The Court has ordered that the Parties file an ADR Certification and meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan by no later than April 28, 2026, (three weeks prior to the Case Management Conference), and further ordered the Parties to make initial disclosures by May 12, 2026 (one week prior to the Case Management Conference) (ECF 70).

7.      Upon meeting and conferring, the Parties agree that judicial and party efficiency will be best served by continuing the Case Management Conference and all associated deadlines by sixty-three (63) days given Plaintiff's pending motion to remand and Defendants' anticipated motion to dismiss.

DECLARATION OF PERLETTE JURA IN SUPPORT OF
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
Case No. 4:26-cv-00183-JST

8.    The parties have met and conferred and entered into a stipulation in compliance with Civ. L.R. 6-2 submitted herewith.

DATED:  April 22, 2026

By:  */s/ Perlette M. Jura*

Perlette M. Jura (Bar No. 242332)
pjura@gibsondunn.com
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel: (213) 229-7000

*Counsel for Defendant Nestlé USA, Inc.*

Gibson, Dunn &
Crutcher LLP

2

DECLARATION OF PERLETTE JURA IN SUPPORT OF
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
Case No. 4:26-cv-00183-JST