

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

1301 Clay Street

Oakland, CA 94612

*cand.uscourts.gov*

April 28, 2026

San Francisco County Superior Court
400 McAllister Street
San Francisco, CA 94102

RE:  People of the State of California v.  Kraft Heinz Company, et al.
26-cv-00183-JST

Your Case Number:  CGC-25-631189

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

☒  Original and one copy of this letter

☒  Certified copies of docket entries

☒  Certified copy of Remand Order

☐  Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

Mark B. Busby, Clerk

by:  Sheila Rash
Case Systems Administrator