

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

1301 Clay Street

Oakland, CA 94612

*cand.uscourts.gov*



ENDORSED
F I L E D
Superior Court of California
County of San Francisco

MAY 05 2026

CLERK OF THE COURT
BY: AUSTIN LAM

April 28, 2026

San Francisco County Superior Court
400 McAllister Street
San Francisco, CA 94102

**FILED**

MAY 07 2026

RE: People of the State of California v. Kraft Heinz Company, et al.
   26-cv-00183-JST

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Your Case Number: CGC-25-631189

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

☒ Original and one copy of this letter

☒ Certified copies of docket entries

☒ Certified copy of Remand Order

☐ Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

Mark B. Busby, Clerk

by: Sheila Rash
Case Systems Administrator

MAY 05 2026

AUSTIN LAM

SAN FRANCISCO CA 940

6 MAY 2026 PM 5 L

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

# BUSINESS REPLY MAIL
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY ADMN OFFICE OF THE US COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE STE 36060
SAN FRANCISCO CA 94102-9680

