DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 173594
Chief Deputy City Attorney
SARA J. EISENBERG, SBN 269303
Chief of Complex & Affirmative Litigation
JESSE E. LANIER, SBN 303395
JOEL F. WACKS, SBN 326561
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, CA 94102
Tel.: 415-554-3944
Email: Jesse.Lanier@sfcityatty.org

Attorneys for Plaintiff the People of the State of California, acting by and through San Francisco City Attorney David Chiu

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, Acting by and through San Francisco City Attorney DAVID CHIU,<br><br>Plaintiff,<br><br>vs.<br><br>THE KRAFT HEINZ COMPANY, et al.,<br><br>Defendants. | Case No. 3:26-cv-00183<br><br>Removed from the Superior Court of California, County of San Francisco, Case No. CGC-25-631189<br><br>**DECLARATION OF WILLIAM D. HARRIS II IN SUPPORT OF RENEWED MOTION FOR ATTORNEY FEES**<br><br>Date Action Filed: December 2, 2025<br>Trial Date: Not set |

I, William D. Harris II, declare as follows:

1. I am an attorney, licensed to practice law in the State of New York. If called upon to testify, I could and would testify competently to the contents of this declaration.

2. Since January 7, 2026, I have billed $27,787.50 for 24.7 hours of work on matters exclusively related to remand—including review of removal papers; research, writing, and revising the motion to remand and the reply brief; and assisting Ms. Jesse E. Lanier with preparation for oral argument. I am aware that the City Attorney's Office has exercised billing discretion to eliminate the possibility of duplicative billing for strategy meetings and conversations.

3. Following these reductions, the Office will claim only 20.80 hours for my work—20.2 hours for research, drafting, and revising the motion to remand and opening brief and .6 hours for reviewing and revising the reply brief in support of the motion to remand.

4. I received my law degree in 2005 and was admitted to practice in New York in 2006. Throughout my two decades of private practice, I have litigated matters involving, for example, wage and hour disputes, civil rights and employment discrimination, antitrust, consumer fraud, digital and data privacy, securities, and the False Claims Act claims. I am Of Counsel to Andrus Anderson LLP and am the Managing Member of Harris Legal Advisors LLC, which I founded in 2020. Prior to founding Harris Legal Advisors, I practiced at Kirby McInerny LLP.

5. My hourly rate is $1,125.00. This amount is below the *Laffey* index amount for attorneys with equivalent amounts of experience. (*See* Supplemental Declaration of Jesse E. Lanier.)

6. At this rate, and after reducing my hours as outlined above, the People seek $23,400.00 for my work on remand.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 3rd day of September, 2026 at Columbus, Ohio.

*/s/ William D. Harris II*
WILLIAM D. HARRIS II