DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 173594
Chief Deputy City Attorney
SARA J. EISENBERG, SBN 269303
Chief of Complex & Affirmative Litigation
JESSE E. LANIER, SBN 303395
JOEL F. WACKS, SBN 326561
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, CA 94102
Tel.: 415-554-3944
Email: Jesse.Lanier@sfcityatty.org

Attorneys for Plaintiff the People of the State of California,
acting by and through San Francisco City Attorney David Chiu

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, Acting by and through San Francisco City Attorney DAVID CHIU,<br><br>Plaintiff,<br><br>vs.<br><br>THE KRAFT HEINZ COMPANY, et al.,<br><br>Defendants. | Case No. 3:26-cv-00183<br><br>Removed from the Superior Court of California, County of San Francisco, Case No. CGC-25-631189<br><br>**DECLARATION OF ALEXIUS MILLER IN SUPPORT OF RENEWED MOTION FOR ATTORNEY FEES**<br><br>Date Action Filed: December 2, 2025<br>Trial Date: Not set |

I, Alexius Miller, declare as follows:

1. I am an attorney licensed to practice law in the State of California. I am Senior Counsel at DiCello Levitt LLP. My practice focuses on complex multidistrict and public entity litigation. I have personal knowledge of the matters stated below and, if called upon to testify, I could and would testify competently to them.

2. I have been admitted to practice law since 2003. Before joining DiCello Levitt, I was principal of the Law Offices of Alexius Miller, PLLC. Before that I served as a staff attorney for the Judicial Council of California, as a Deputy Attorney General in the California Attorney General's Office, and as a staff attorney for the United States Court of Appeals for the Ninth Circuit. Earlier in my career I litigated civil rights and consumer class actions at the Sturdevant Law Firm and at Disability Rights Advocates. I regularly practice in California courts.

3. Since January 7, 2026, the date of Defendants' removal, I have billed $27,703.50 for 21.9 hours of work on matters exclusively related to remand, including review of the removal papers; research, drafting, and revising the motion to remand and the reply brief in support; and assisting with preparation for oral argument.

4. The City Attorney's Office has exercised billing discretion with respect to my time to eliminate the possibility of duplicative billing for strategy meetings and conversations. Following that reduction, the Office claims only 19.70 hours for my work. No time spent preparing this motion is included.

5. My hourly rate is $1,265, which is below the Laffey Matrix rate for attorneys with my years of experience as adjusted upward for the San Francisco locality. (*See* Lanier Decl. ¶ 18.)

6. At that rate, and after the reduction described above, the People seek $24,920.50 for my work on remand.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 3rd day of September, 2026 at Houston, Texas.

*/s/ Alexius Miller*
ALEXIUS MILLER