DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 173594
Chief Deputy City Attorney
SARA J. EISENBERG, SBN 269303
Chief of Complex & Affirmative Litigation
JESSE E. LANIER, SBN 303395
JOEL F. WACKS, SBN 326561
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, CA 94102
Tel.: 415-554-3944
Email: Jesse.Lanier@sfcityatty.org

Attorneys for Plaintiff the People of the State of California, acting by and through San Francisco City Attorney David Chiu

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, Acting by and through San Francisco City Attorney DAVID CHIU,<br><br>Plaintiff,<br><br>vs.<br><br>THE KRAFT HEINZ COMPANY, et al.,<br><br>Defendants. | Case No. 3:26-cv-00183<br><br>Removed from the Superior Court of California, County of San Francisco, Case No. CGC-25-631189<br><br>**[PROPOSED] ORDER GRANTING RENEWED MOTION FOR ATTORNEY FEES**<br><br>Date Action Filed: December 2, 2025<br>Hearing Date: January 7, 2027 |

# [PROPOSED] ORDER

This matter came before the Court on the People's Renewed Motion for Attorney Fees. The Court, having considered the Motion, all other filings from the parties in response to the Motion, and oral argument, **HEREBY AWARDS** the People **$83,870.50** in attorneys fees.

**IT IS SO ORDERED.**

DATED: ________________

______________________________
HON. JON S. TIGAR
United States District Judge