Andrew S. Tulumello (Bar No. 196484)
drew.tulumello@weil.com
Joshua M. Wesneski (*pro hac vice*)
joshua.wesneski@weil.com
Claire L. Chapla (Bar No. 314255)
claire.chapla@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Tel: (202) 682-7000

*(additional counsel listed on signature page)*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through San Francisco City Attorney DAVID CHIU,

Plaintiff,

v.

THE KRAFT HEINZ COMPANY; MONDELEZ INTERNATIONAL, INC.; POST HOLDINGS, INC.; THE COCA-COLA COMPANY; PEPSICO, INC; GENERAL MILLS, INC.; NESTLE USA, INC.; KELLANOVA; WK KELLOGG CO.; MARS, INCORPORATED; CONAGRA BRANDS, INC.; and DOES 1–50,

Defendants.

Case No. 4:26-cv-00183-JST

**JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S RENEWED MOTION FOR ATTORNEY'S FEES**

Hearing Date: January 7, 2027
Hearing Time: 2:00 PM

Pursuant to Civil Local Rule 6-2(a), Plaintiff The People of the State of California, acting by and through San Francisco City Attorney David Chiu ("Plaintiff"), along with Defendants The Kraft Heinz Company; Mondelēz International, Inc.; Post Holdings, Inc.; The Coca-Cola Company; PepsiCo, Inc.; General Mills, Inc.; Nestlé USA, Inc.; Kellanova; WK Kellogg Co.; Mars, Incorporated; and Conagra Brands, Inc. (collectively, "Defendants") jointly stipulate to extend Defendants' time to respond to Plaintiff's Renewed Motion for Attorney Fees to September 24, 2026 and Plaintiff's time to reply to October 8, 2026.

Accompanying this stipulation, and pursuant to Local Rule 6-2(a), is a declaration setting forth with particularity the reasons for the requested enlargement or shortening of time; disclosing all previous time modifications in the case, whether by stipulation or Court order; and describing the effect the requested time modification would have on the schedule for the case.

The parties reserve all rights. Nothing herein should be construed as a waiver of any of the parties' arguments, rights, defenses, or remedies, including jurisdictional defenses.

Dated: September 14, 2026

Respectfully submitted,

*/s/ Joshua M. Wesneski*
Andrew S. Tulumello (Bar No. 196484)
drew.tulumello@weil.com
Joshua M. Wesneski (*pro hac vice*)
joshua.wesneski@weil.com
Claire L. Chapla (Bar No. 314255)
claire.chapla@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Tel: (202) 682-7000

*Attorneys for Defendant PepsiCo, Inc.*

*/s/ Adriane Peralta*
Adriane Peralta (Bar No. 304357)
adriane.peralta@sidley.com
SIDLEY AUSTIN LLP
350 S. Grand Avenue
Los Angeles, CA 90071
Tel: (213) 896-6132

Fax: (213) 896-6600

Michelle A. Ramirez (*pro hac vice*)
michelle.ramirez@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
Tel: (312) 853-7000
Fax: (312) 853-7036

*Attorneys for Defendant The Kraft Heinz Company*

*/s/ Laura Vartain Horn*

Laura Vartain Horn (Bar No. 258485)
laura.vartain@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street, Suite 2700
San Francisco, CA 94104
Tel: (415) 439-1625

*Attorneys for Defendant Mondelēz International, Inc.*

*/s/ Tarifa B. Laddon*

Tarifa B. Laddon (Bar No. 240419)
tarifa.laddon@faegredrinker.com
Gabriel J. Niforatos (Bar No. 359417)
gabriel.niforatos@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
1800 Century Park East, Suite 1500
Los Angeles, California 90067
Tel: (310) 203-4000
Fax: (310) 229-1285

Sarah L. Brew (*pro hac vice*)
sarah.brew@faegredrinker.com
Tyler A. Young (*pro hac vice*)
tyler.young@faegredrinker.com
Rory F. Collins (*pro hac vice*)
rory.collins@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Tel: (612) 766-7000
Fax: (612) 766-1600

*Attorneys for Defendant Post Holdings, Inc.*

*/s/ Angela M. Spivey*
Angela M. Spivey (*pro hac vice*)
angela.spivey@alston.com
Andrew G. Phillips (*pro hac vice*)
andrew.phillips@alston.com
Jamie S. George (*pro hac vice*)
jamie.george@alston.com
ALSTON & BIRD LLP
1201 West Peachtree St.
Atlanta, GA 30309
Tel: (404) 881-7000

Rachel E. K. Lowe (Bar No. 246361)
rachel.lowe@alston.com
ALSTON & BIRD LLP
350 South Grand Avenue
51st Floor
Los Angeles, CA 90071
Tel: (213) 576-1000

*Attorneys for Defendant The Coca-Cola Company*

*/s/ David T. Biderman*
David T. Biderman (Bar No. 101577)
dbiderman@perkinscoie.com
PERKINS COIE LLP
505 Howard St. Suite 1000
San Francisco, CA 94105
Tel: (415) 344-7000
Fax: (415) 344-7050

Joshua Patashnik (Bar No. 295120)
jpatashnik@perkinscoie.com
PERKINS COIE LLP
11452 El Camino Real, Suite 300
San Diego, CA 92130-2594
Tel: (858) 720-5700
Fax: (858) 720-5799

Natalie K. Sanders (Bar No. 329916)
nsanders@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, California 90067-1721
Tel: (310) 788-9900
Fax: (310) 788-3399

*Attorneys for Defendant General Mills, Inc.*

*/s/ Perlette M. Jura*
Perlette M. Jura (Bar No. 242332)
pjura@gibsondunn.com
Michael Holecek (Bar No. 281034)
mholecek@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel: (213) 229-7000

Trenton H. Norris (Bar No. 164781)
trent.norris@hoganlovells.com
HOGAN LOVELLS US LLP
4 Embarcadero Center, Suite 3500
San Francisco, CA 94111
Tel: (415) 640-5765

Lauren S. Colton (*pro hac vice*)
lauren.colton@hoganlovells.com
Julie R. Schindel (*pro hac vice*)
julie.schindel@hoganlovells.com
HOGAN LOVELLS US LLP
100 International Drive, Suite 2000
Baltimore, MD 21202
Tel: (410) 659-2700

*Attorneys for Defendant Nestlé USA, Inc.*

*/s/ Alexander M. Smith*
Alexander M. Smith (Bar No. 295187)
asmith@jenner.com
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, CA 90071
Tel: (213) 239-2262

Kate T. Spelman (Bar No. 269109)
kspelman@jenner.com
JENNER & BLOCK LLP
2029 Century Park East, Suite 1450
Los Angeles, CA 90067
Tel: (213) 239-2246

Dean N. Panos (*pro hac vice*)
dpanos@jenner.com
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654
Tel: (312) 923-2765

*Attorneys for Defendant WK Kellogg Co*

*/s/ Ingrid K. Campagne*
Ingrid K. Campagne, SBN 162164
icampagne@walsworthlaw.com
WALSWORTH LLP
255 California St., Suite 525
San Francisco, CA 94111
Tel: (415) 781-7072

Stephen D. Andrews (Bar No. 205691)
sandrews@wc.com
WILLIAMS & CONNOLLY LLP
680 Maine Ave, S.W.
Washington, DC 20024
Tel: (202) 434-5000

*Attorneys for Defendants Kellanova and Mars, Incorporated*

*/s/ Stephen J. McConnell*
Stephen J. McConnell (Bar No. 128630)
smcconnell@reedsmith.com
REED SMITH LLP
Three Logan Square, 1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Tel: (215) 851-8100

Raymond A. Cardozo (Bar No. 173263)
rcardozo@reedsmith.com
Steven J. Boranian (Bar No. 174183)
sboranian@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Tel: (415) 543-8700

*Attorneys for Defendant Conagra Brands, Inc.*

DAVID CHIU
City Attorney
YVONNE R. MERÉ
Chief Deputy City Attorney
SARA J. EISENBERG
Chief of Complex and Affirmative Litigation
JESSE E. LANIER
JOEL WACKS
Deputy City Attorneys

By: /s/ *Jesse E. Lanier*
JESSE E. LANIER
Deputy City Attorney

Attorneys for Plaintiffs
THE PEOPLE OF THE STATE OF CALIFORNIA

Jennie Lee Anderson (SBN 203586)
ANDRUS ANDERSON LLP
1970 Broadway, Suite 1070
Oakland, CA 94612
Tel. 415-986-1400
jennie@andrusanderson.com

Diandra S. Debrosse*
DICELLO LEVITT LLP
505 20th Street North, Suite 1500
Birmingham, AL 35203
Tel.: 205-453-6415
fu@dicellolevitt.com

Adam J. Levitt*
Daniel R. Ferri*
DICELLO LEVITT LLP
Ten North Dearborn Street, Sixth Floor
Chicago, IL 60602
Tel.: 312-214-7900
alevitt@dicellolevitt.com
dferri@dicellolevitt.com

Rene F. Rocha*
MORGAN & MORGAN, P.A.
1100 Poydras Street, Suite 2900
New Orleans, LA 70163
Tel.: 504-636-6310
rrocha@forthepeople.com

Frank M. Petosa*
MORGAN & MORGAN, P.A.
8151 Peters Road, Suite 4000

Plantation, FL 33324
Tel.: 954-318-0268
fpetosa@forthepeople.com

Attorneys for Plaintiff The People of the State of California, acting by and through San Francisco City Attorney David Chiu

**pro hac vice forthcoming*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATE: ____________________ ______________________________

Hon. Jon S. Tigar

**SIGNATURE CERTIFICATION**

I, Joshua M. Wesneski, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

Respectfully submitted,

*/s/ Joshua M. Wesneski*

Joshua M. Wesneski (*pro hac vice*)
joshua.wesneski@weil.com