Joshua M. Wesneski (*pro hac vice*)
joshua.wesneski@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Tel: (202) 682-7000

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through San Francisco City Attorney DAVID CHIU,

Plaintiff,

v.

THE KRAFT HEINZ COMPANY; MONDELEZ INTERNATIONAL, INC.; POST HOLDINGS, INC.; THE COCA-COLA COMPANY; PEPSICO, INC; GENERAL MILLS, INC.; NESTLE USA, INC.; KELLANOVA; WK KELLOGG CO.; MARS, INCORPORATED; CONAGRA BRANDS, INC.; and DOES 1–50,

Defendants.

Case No. 4:26-cv-00183-JST

**DECLARATION IN SUPPORT OF JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S RENEWED MOTION FOR ATTORNEY'S FEES**

Hearing Date: January 7, 2027
Hearing Time: 2:00 PM

I, Joshua M. Wesneski, declare as follows:

I am an attorney admitted to practice pro hac vice before this Court and a partner at Weil, Gotshal & Manges LLP, counsel of record for Defendant PepsiCo, Inc., in the above-captioned action. I make this declaration pursuant to Civil Local Rule 6-2(a) in support of the parties' Stipulated Request for an Order Changing Time to respond to Plaintiff's Renewed Motion for Attorneys' Fees and Costs. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

On September 3, 2026, Plaintiff filed its Renewed Motion for Attorneys' Fees and Costs Incurred as a Result of Defendants' Improper Removal (ECF No. 89) (the "Renewed Fee Motion"), noticed for hearing on January 7, 2027. Pursuant to Civil Local Rule 7-3(a), Defendants' opposition to the Renewed Fee Motion is currently due on September 17, 2026, and Plaintiff's reply is due on September 24, 2026.

**Reasons for the Requested Enlargement of Time (L.R. 6-2(a)(1))**

I am the attorney principally responsible for drafting Defendants' opposition to the Renewed Fee Motion. I am also counsel for Comcast Corporation in *Promptu Systems Corporation. v. Comcast Corporation*, No. 2:16-cv-06516-JS (E.D. Pa.) (Sánchez, J.), in which a bench trial is scheduled to proceed on September 15 and 16, 2026, in Philadelphia, Pennsylvania, the two days immediately preceding the current September 17, 2026 opposition deadline in this action.

My preparation for and attention to the *Promptu* trial will require significant attention between now and the current opposition deadline. A short extension will allow for me to devote the appropriate attention to the pending motion. The requested enlargement is sought in good faith and not for purposes of delay.

I have met and conferred with Plaintiff's counsel regarding the requested enlargement. Plaintiff's counsel has agreed to stipulate to the schedule set forth in the accompanying Stipulated Request, including a corresponding extension of Plaintiff's reply deadline.

Under the parties' proposed schedule, Defendants' opposition to the Renewed Fee Motion would be due on September 24, 2026; Plaintiff's reply would be due on October 8, 2026; and the hearing would remain unchanged, subject to the Court's availability.

**Previous Time Modifications (Civil L.R. 6-2(a)(2))**

The following time modifications have previously been made in this case, whether by stipulation or Court order: (a) on January 8, 2026, the parties stipulated to extend Defendants' time to respond to the Complaint (ECF No. 14); (b) on April 6, 2026, the Court granted the parties' stipulation extending the ADR certification, meet-and-confer, and initial case management conference deadlines (ECF No. 70); (c) on April 22, 2026, the parties stipulated to extend the time for the case management conference and all associated deadlines (ECF No. 76).

**Effect on the Case Schedule (Civil L.R. 6-2(a)(3))**

This action was remanded to the Superior Court of California, County of San Francisco, by Order entered April 23, 2026 (ECF No. 78), and the Renewed Fee Motion is the only matter pending before this Court. The requested time modification would affect only the briefing and hearing schedule on the Renewed Fee Motion. No case management conference, pretrial, or trial dates are pending before this Court, and the requested enlargement will have no effect on any other event or deadline.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 14, 2026

Respectfully submitted,

*/s/ Joshua M. Wesneski*

Joshua M. Wesneski (*pro hac vice*)
joshua.wesneski@weil.com