DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 173594
Chief Deputy City Attorney
SARA J. EISENBERG, SBN 269303
Chief of Complex & Affirmative Litigation
JESSE E. LANIER, SBN 303395
JOEL F. WACKS, SBN 326561
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, CA 94102
Tel.: 415-554-3944
Email: Jesse.Lanier@sfcityatty.org

Attorneys for Plaintiff the People of the State of California, acting by and through San Francisco City Attorney David Chiu

*[Additional counsel appear on signature page.]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, Acting by and through San Francisco City Attorney DAVID CHIU,<br><br>Plaintiff,<br><br>vs.<br><br>THE KRAFT HEINZ COMPANY, et al.,<br><br>Defendants. | Case No. 4:26-cv-00183-JST<br><br>Removed from the Superior Court of California, County of San Francisco, Case No. CGC-25-631189<br><br>**SECOND SUPPLEMENTAL DECLARATION OF JESSE E. LANIER IN SUPPORT OF REPLY IN SUPPORT OF RENEWED MOTION FOR ATTORNEYS' FEES**<br><br>Date Action Filed: December 2, 2025<br>Hearing Date: January 7, 2027 |

I, Jesse E. Lanier, declare as follows:

1. I am an attorney, licensed to practice law in the State of California, and a deputy city attorney in the San Francisco City Attorney's Office. I am counsel of record for Plaintiff, the People of the State of California, in this action. If called upon to testify, I could and would testify competently to the contents of this declaration.

2. Attached hereto as **Exhibit A** is my email correspondence with defense counsel concerning the parties' stipulated briefing schedule for the renewed motion for fees.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 8th day of October 2026 at San Francisco, California.

*/s/ Jesse E. Lanier*
JESSE E. LANIER

# EXHIBIT A

**From:** Wesneski, Josh
**To:** Lanier, Jesse (CAT)
**Subject:** Re: Activity in Case 4:26-cv-00183-JST People of the State of California v. Kraft Heinz Company et al Motion for Attorney Fees
**Date:** Monday, September 14, 2026 11:33:26 AM

---

Thank you!

Weil
**Joshua M. Wesneski**
Partner
Pronouns: He/him/his

Weil, Gotshal & Manges LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Joshua.Wesneski@weil.com
+1 202 682 7248 Direct
+1 202 857 0940 Fax
--

---

**From:** Lanier, Jesse (CAT) <Jesse.Lanier@sfcityatty.org>
**Date:** Monday, September 14, 2026 at 12:29 PM
**To:** Wesneski, Josh <Joshua.Wesneski@weil.com>
**Subject:** RE: Activity in Case 4:26-cv-00183-JST People of the State of California v. Kraft Heinz Company et al Motion for Attorney Fees

No problem at all. Stip is fine to file and affix my e-signature. Hope you had a nice OOO week.

Jesse

**Jesse Lanier** (she/her/hers)
Deputy City Attorney
Complex and Affirmative Litigation
Office of City Attorney David Chiu
(415) 554-3915 Direct
www.sfcityattorney.org

---

**From:** Wesneski, Josh <Joshua.Wesneski@weil.com>
**Sent:** Monday, September 14, 2026 8:20 AM
**To:** Lanier, Jesse (CAT) <Jesse.Lanier@sfcityatty.org>
**Subject:** Re: Activity in Case 4:26-cv-00183-JST People of the State of California v. Kraft Heinz Company et al Motion for Attorney Fees

Hi Jesse,

Sorry for the wait here - I had to deal with a personal matter. We calculate it as September 24 and October 8 - does that sound correct? If so, I attach a proposed stipulation here. Thank you!

Best,

Weil
**Joshua M. Wesneski**
Partner
Pronouns: He/him/his

Weil, Gotshal & Manges LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Joshua.Wesneski@weil.com
+1 202 682 7248 Direct
+1 202 857 0940 Fax
--

---

**From:** Lanier, Jesse (CAT) <Jesse.Lanier@sfcityatty.org>
**Date:** Friday, September 4, 2026 at 3:30 PM
**To:** Wesneski, Josh <Joshua.Wesneski@weil.com>
**Subject:** RE: Activity in Case 4:26-cv-00183-JST People of the State of California v. Kraft Heinz Company et al Motion for Attorney Fees

Ah, a nominal vacation. I know that mode well.

No problem on the extension. With the reciprocal extension, I think that puts us at Sept 25 for the oppo and Oct 9 for the reply?

**Jesse Lanier** (she/her/hers)
Deputy City Attorney
Complex and Affirmative Litigation
Office of City Attorney David Chiu
(415) 554-3915 Direct
www.sfcityattorney.org

---

**From:** Wesneski, Josh <Joshua.Wesneski@weil.com>
**Sent:** Friday, September 4, 2026 10:11 AM
**To:** Lanier, Jesse (CAT) <Jesse.Lanier@sfcityatty.org>
**Subject:** Re: Activity in Case 4:26-cv-00183-JST People of the State of California v. Kraft Heinz Company et al Motion for Attorney Fees

Thanks very much. I think it should work for our side, but will let you know if that changes.

Separately, would you all be willing to agree to a one-week extension of our response brief deadline? I am (nominally) on vacation next week and would appreciate the extension. We of course would agree to a similar extension for your reply brief. Thanks!

Weil
**Joshua M. Wesneski**
Partner
Pronouns: He/him/his

Weil, Gotshal & Manges LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Joshua.Wesneski@weil.com
+1 202 682 7248 Direct
+1 202 857 0940 Fax
--

---

**From:** Lanier, Jesse (CAT) <Jesse.Lanier@sfcityatty.org>
**Date:** Thursday, September 3, 2026 at 5:40 PM
**To:** Wesneski, Josh <Joshua.Wesneski@weil.com>
**Subject:** Re: Activity in Case 4:26-cv-00183-JST People of the State of California v. Kraft Heinz Company et al Motion for Attorney Fees
Thanks for flagging that—we will fix.

Hope it goes without saying but if that hearing date doesn't work for your team, let us know and we'll pick something that works for all.

---

**From:** Wesneski, Josh <Joshua.Wesneski@weil.com>
**Sent:** Thursday, September 3, 2026 2:18 PM
**To:** Lanier, Jesse (CAT) <Jesse.Lanier@sfcityatty.org>
**Subject:** FW: Activity in Case 4:26-cv-00183-JST People of the State of California v. Kraft Heinz Company et al Motion for Attorney Fees

Hi Jesse,

Just FYI that it appears you all set the hearing for 1/7/2026, when you meant to set it for 1/7/2027.

**Joshua M. Wesneski**
Partner
Pronouns: He/him/his

Weil, Gotshal & Manges LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Joshua.Wesneski@weil.com
+1 202 682 7248 Direct
+1 202 857 0940 Fax

--

---

**From:** ECF-CAND@cand.uscourts.gov <ECF-CAND@cand.uscourts.gov>
**Date:** Thursday, September 3, 2026 at 5:14 PM
**To:** efiling@cand.uscourts.gov <efiling@cand.uscourts.gov>
**Subject:** Activity in Case 4:26-cv-00183-JST People of the State of California v. Kraft Heinz Company et al Motion for Attorney Fees

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**California Northern District**

## Notice of Electronic Filing

The following transaction was entered by Anderson, Jennie on 9/3/2026 at 2:11 PM and filed on 9/3/2026

| | |
|---|---|
| **Case Name:** | People of the State of California v. Kraft Heinz Company et al |
| **Case Number:** | 4:26-cv-00183-JST |
| **Filer:** | People of the State of California |

**WARNING: CASE CLOSED on 04/23/2026**
**Document Number:** 89

**Docket Text:**
**MOTION for Attorney Fees *Renewed Notice of Motion and Motion for Attorneys' Fees Incurred as a Result of Defendants' Improper Removal; Memorandum of Points and Authorities in Support* filed by People of the State of California. Motion for Attorney Fees Hearing set for 1/7/2026 02:00 PM before Judge Jon S. Tigar. Responses due by 9/17/2026. Replies due by 9/24/2026. (Attachments: # (1) Declaration Supplemental Declaration of Jesse E. Lanier in Support of Renewed Motion for Attorney Fees, # (2) Declaration of William D. Harris II in Support of Renewed Motion for Attorney Fees, # (3) Declaration of Alexius Miller in Support of Renewed Motion for Attorney Fees, # (4) Proposed Order) (Anderson, Jennie) (Filed on 9/3/2026)**

**4:26-cv-00183-JST Notice has been electronically mailed to:**

Adriane Kayoko Peralta adriane.peralta@sidley.com, adriane-peralta-0487@ecf.pacerpro.com, laefiling@sidley.com

Alexander Michael Smith asmith@jenner.com, docketing@jenner.com, LSaltzman@jenner.com

Andrew G Phillips andrew.phillips@alston.com, denielle.wilson@alston.com

Andrew Santo Tulumello drew.tulumello@weil.com, dc.ecf@weil.com, drew-tulumello-6697@ecf.pacerpro.com, mco.ecf@weil.com

Angela M Spivey angela.spivey@alston.com, denielle.wilson@alston.com

Claire Lockerby Chapla claire.chapla@weil.com, dc.ecf@weil.com

David Ramraj Singh david.singh@weil.com, david-singh-5369@ecf.pacerpro.com, mco.ecf@weil.com, sv.ecf@weil.com, tricia-dresel-2470@ecf.pacerpro.com, tricia.dresel@weil.com

David S. Chiu cityattorney@sfcityatty.org, bianca.rojo@sfcityatty.org, sarah.gutierrez@sfcityatty.org

David T. Biderman david.biderman@ashurstperkins.com, csipos@perkinscoie.com, DocketLA@perkinscoie.com, docketsflit@perkinscoie.com, jrosales@perkinscoie.com, JWetherell@perkinscoie.com, lstaniar@perkinscoie.com

Dean N. Panos dpanos@jenner.com, docketing@jenner.com, jmerkouris@jenner.com

Gabriel Niforatos gabriel.niforatos@faegredrinker.com, docketgeneral@faegredrinker.com, lorena.lazheztter@faegredrinker.com

Ingrid Kristin Campagne icampagne@wfbm.com, kstricklin@wfbm.com, ncroft@wfbm.com

Ismat Hanano esmat.hanano@alston.com

Jamie Smith George jamie.george@alston.com

Jennie Lee Anderson jennie.anderson@andrusanderson.com, 6951231420@filings.docketbird.com, avianna.lemon@andrusanderson.com, cinelawfirmemail@gmail.com, luca.nelson@andrusanderson.com, nicole.shoener@andrusanderson.com

Jessica Elaine Lanier jesse.lanier@sfcityatty.org, bianca.rojo@sfcityatty.org, cmplxafflit@recap.email, jessica-e-lanier-6435@ecf.pacerpro.com, sarah.gutierrez@sfcityatty.org

Joshua Patashnik joshua.patashnik@ashurstperkins.com, DocketSDO@PerkinsCoie.com, mdoan@perkinscoie.com

Joshua M. Wesneski joshua.wesneski@weil.com

Julie Schindel julie.schindel@hlc.com

Kate Tainsky Spelman kspelman@jenner.com, 7019227420@filings.docketbird.com, docketing@jenner.com

Laura Elizabeth Vartain Horn laura.vartain@kirkland.com, alice.pai@kirkland.com, laura-vartain-1256@ecf.pacerpro.com, nicole.bigley@kirkland.com

Lauren S. Colton lauren.colton@hlc.com, lauren-colton-4498@ecf.pacerpro.com

Michael J. Holecek mholecek@gibsondunn.com, michael-holecek-9391@ecf.pacerpro.com, PACER-CA@gibsondunn.com

Michelle A. Ramirez michelle.ramirez@sidley.com, efilingnotice@sidley.com, michelle-

ramirez-1204@ecf.pacerpro.com

Natalie Kathleen Sanders nsanders@perkinscoie.com, docketsflit@perkinscoie.com, mwalkup@perkinscoie.com

Perlette Michele Jura pjura@gibsondunn.com, PACER-CA@gibsondunn.com, perlette-michle-jura-5893@ecf.pacerpro.com

Rachel Elizabeth King Lowe rachel.lowe@alston.com, melinda.jimenez@alston.com

Raymond A. Cardozo rcardozo@reedsmith.com, eileen-kroll-6974@ecf.pacerpro.com, ekroll@reedsmith.com, ray-cardozo-1551@ecf.pacerpro.com

Ronald Hak King Lee Ronald.Lee@sfcityatty.org, Bianca.Rojo@sfcityatty.org, christine.hoang@sfcityatty.org, cmplxafflit@recap.email, martina.hassett@sfcityatty.org, sarah.gutierrez@sfcityatty.org

Rory Farrell Collins rory.collins@faegredrinker.com, katie.daubenmeyer@Faegredrinker.com

Sara Jennifer Eisenberg sara.eisenberg@sfcityatty.org, cmplxafflit@recap.email, martina.hassett@sfcityatty.org, sarah.gutierrez@sfcityatty.org, yvonne.mere@sfcityatty.org

Sarah L Brew sarah.brew@faegredrinker.com, debra.kleyweg@faegredrinker.com, rory.cahill@faegredrinker.com, tori.regan@faegredrinker.com

Stephen Darren Andrews sandrews@wc.com

Stephen J. McConnell smcconnell@reedsmith.com, lleong@reedsmith.com, reed-smith-2312@ecf.pacerpro.com, smcclure@reedsmith.com, stephen-mcconnell-1593@ecf.pacerpro.com

Steven J. Boranian sboranian@reedsmith.com, drothschild@reedsmith.com

Tarifa B Laddon tarifa.laddon@faegredrinker.com, bryan.pasiak@faegredrinker.com, lorena.lazheztter@faegredrinker.com, nicole.campbell@faegredrinker.com, nikolas.spilson@faegredrinker.com

Trenton Herbert Norris trent.norris@hlc.com, ariana.murtagh@hoganlovells.com,

del.soza@hoganlovells.com, sf-docketing-7351@ecf.pacerpro.com, SFDocketing@hoganlovells.com, trent-norris-9169@ecf.pacerpro.com

Tyler Adam Young tyler.young@faegredrinker.com, rosie.garciazapatero@faegredrinker.com

Yvonne Rosil Mere yvonne.mere@sfcityatty.org, martina.hassett@sfcityatty.org

**4:26-cv-00183-JST Please see Local Rule 5-5; Notice has NOT been electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\Renewed Motion for Fees_2026.09.03.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=9/3/2026] [FileNumber=23956434-0] [52c88754f7396757728a35548f19f835bb8de4644712640445ce27b7755ad2875ef7b 1d84b8f990de4ea5597f9504ea15d1891b4594b2f7160546e90ccb19131]]
**Document description:**Declaration Supplemental Declaration of Jesse E. Lanier in Support of Renewed Motion for Attorney Fees
**Original filename:**C:\fakepath\J. Lanier Decl ISO Renewed Mtn for Attys Fees_2026.09.03.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=9/3/2026] [FileNumber=23956434-1] [8fd2f8d8c8bc88bd82a2ea7a7d7ec33f002919465e3b94f59223b501ad1faaae33ec0 99f817624421a56cc9ca516cc8e1880738c7fe1673b7b32e5bd49277fb3]]
**Document description:**Declaration of William D. Harris II in Support of Renewed Motion for Attorney Fees
**Original filename:**C:\fakepath\W. Harris Decl ISO Renewed Mtn for Atty Fees_2026.09.03.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=9/3/2026] [FileNumber=23956434-2] [a7d038e83bac11643a2c0f5f1a2d6ae69c1920df268b38715488fdb54df1c020afb5b 0462a081db03ebd9148855298348554a3bbbb21f2416f843774948cc10a]]
**Document description:**Declaration of Alexius Miller in Support of Renewed Motion for Attorney Fees
**Original filename:**C:\fakepath\A. Miller Decl ISO Renewed Mtn for Atty Fees_2026.09.03.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=9/3/2026] [FileNumber=23956434-3]

[a5cc4fffb36ef01fc65c60b2fb0bbe7225a81d2a038fac518b3dc5d25a77db5449d97
2864d2edb901cb23b413e22877d1cf66309e0230967023981bbea486ea6]]

**Document description:**Proposed Order

**Original filename:**C:\fakepath\[Proposed] Order Re Renewed Mtn for Atty Fees_2026.09.03.pdf

**Electronic document Stamp:**

[STAMP CANDStamp_ID=977336130 [Date=9/3/2026] [FileNumber=23956434-4]
[2a0ad8fc84c923de7627961e1ea029985a287b6475b01256438e7f90c93cf55e28b44
ad569c3bd9bc80d3ec26f7cf16ff22d778d73f8b00a1281d667e5177613]]

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.